OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 29, 2005

**James L. Patton, Jr.**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

**Daniel R. Losco**
Losco & Marconi, P.A.
1116 West Street
P.O. Box 1677
Wilmington, DE 19899

**Anthony W. Clark**
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

**Stephen W. Spence**
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**Joanne B. Wills**
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801

**David B. Stratton**
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899

**Lawrence C. Ashby**
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

**Thomas L. Ambro**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**Teresa K.D. Currier**
**Katherine R. Witherspoon**
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899

**Jeffrey C. Wisler**
**Collins J. Seitz, Jr.**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

**William Anthony Hazeltine**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899

**Norman L. Pernick**
Saul Ewing LLP
222 Delaware Ave #1200
P.O. Box 1266
Wilmington, DE 19899

**Stephen M. Miller**
**Carl N. Kunz, III**
Morris, James, Hitchens & Williams
222 Delaware Ave.
P.O. Box 2306
Wilmington, DE 19899

**Donald J. Detweiler**
**David A. White**
Welch & Associates
824 Market Street, Suite 805
P.O. Box 25307
Wilmington, DE 19899

**Michael P. Morton**
Michael P. Morton, Esq.
1203 North Orange Street
Wilmington, DE 19801

**Joseph Grey**
**John D. Demmy**
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE 19801

**Richard H. Cross, Jr.**
Cross & Simon, LLC
913 Market Street
Suite 1001
Wilmington, DE 19801

**Ellen W. Slights**
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

**John D. McLaughlin, Jr.**
U.S. Trustee
601 Walnut Street
950 W The Curtis Center
Philadelphia, PA 19106

**Christian J. Singewald**
White & Williams
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899

**John Leonard Reed**
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

**Robert B. Anderson**
McCarter & English, LLP
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

**Kevin Gross**
Rosenthal, Monhait, Gross & Goddess
Mellon Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

**Kathleen M. Miller**
Smith, Katzenstein, & Furlow
The Corporate Plaza
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899

**Kenneth J. Marino**
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226

**James W. Owen**
James W. Owen, Esq.
2500 Grubb Road
Suite 240B
Wilmington, DE 19810

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 29, 2005

**Joel E. Friedlander**
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

**Vincent J.X. Hedrick**
Jacobs & Crumplar, P.A.
2 East 7th Street
P. O. Box 1271
Wilmington, DE 19899

**Michael B. Joseph**
Ferry, Joseph & Pearce, P.A.
824 Market St., Suite 904
P.O. Box 1351
Wilmington, DE 19899

RE:     In Re: Marvel Entertainment, et al
        CA 97-638 KAJ

Dear Counsel:

The Clerk's Office is currently in the process of preparing the above case for subsequent transfer to the National Archives and Records Center. Pursuant to the enclosed Order of the Court, *we would like counsel to claim the sealed documents mentioned in the Order by May 13, 2005*. Please identify only sealed documents that you filed by docket item number. Documents in question have been underlined on the attached docket sheet.

*If counsel does not claim the documents by the above date*, the Clerk will **unseal** any sealed documents and send them to the Records Center in accordance with the Order.

Please contact John Palumbo at 573-6170 to arrange for claiming documents. We will prepare the documents for your retrieval and contact you when they are ready for pick-up.

Sincerely,
Peter T. Dalleo, Clerk of Court

By: _Jel Pallo_
Deputy Clerk

Enc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| In Re: Marvel Entertainment | ) | C.A. 97-638 KAJ |
| Group, Inc, et al | ) | |
| | ) | |
| | ) | |

O R D E R

This 27th day of April, 2005, it appearing that:

1.    All non-sealed and non-expunged records are forwarded to the Federal Archives and Records Center (FARC) by the Clerk of this Court in accordance with the Records Disposition Program established by the Judicial Conference pursuant to 28 U.S.C. Section 457.

2.    The policy of this Court is that case records are forwarded to the FARC after they have been maintained in this Court for a minimum period of six months after the final disposition of the case, unless otherwise ordered.

3.    This case will be forwarded to the FARC after being held for the minimum period of six months.

4.    During the course of proceedings in the above-entitled action, parties filed certain confidential papers under seal pursuant to a protective order of the Court.

5.    The Clerk has requested an order be issued directing that the sealed documents be returned to the filing parties.

**NOW**, therefore, **IT IS ORDERED** that:

1.    When the Clerk prepares the record of the above-entitled case for subsequent transfer to the FARC, he shall notify the parties that he will surrender the sealed documents to the filing parties on a stated date and that the parties shall make arrangements to receive them at the Clerk's Office on that date.

2.    On the designated date, the Clerk shall surrender to the filing parties all sealed documents.

3.    Any sealed documents in the record of this case shall remain sealed until disposed of in accordance with this order.

4.    Should the filing parties fail to make arrangements for procuring the sealed documents on the designated date, the said documents shall be unsealed and thereafter be forwarded to the FARC in accordance with the Records Disposition Program.

5.    After the designated date noted above, the Clerk shall arrange to forward the record of this case to the FARC in accordance with the policy of this Court.

_____
United States District Judge

<u>Redacted Version of Docket Sheet CA 97-638 KAJ</u>

# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:97-cv-00638-KAJ
# Internal Use Only

In Re: Marvel Entertainment, et al v.
Assigned to: Honorable Kent A. Jordan
Demand: $0

Case in other court:        USBK/DE, BK96-69-02077

Date Filed: 12/04/1997
Jury Demand: None
Nature of Suit: 423 Bankruptcy Withdrawl
Jurisdiction: Federal Question

Cause: 28:0157 Motion for Withdrawal of Reference

**Debtor**

**Marvel Entertainment Group, Inc.**        represented by **James L. Patton, Jr.**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Debtor**

**Asher Candy Company**        represented by **James L. Patton, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Debtor**

**Fleer Corp.**        represented by **James L. Patton, Jr.**
(See above for address)
*LEAD ATTORNEY*

**Debtor**

**Frank H Fleer Corp.**                    represented by **James L. Patton, Jr.**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*


**Debtor**

**Heroes World Distribution, Inc.**        represented by **James L. Patton, Jr.**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*


**Debtor**

**Malibu Comics Entertainment, Inc.**      represented by **James L. Patton, Jr.**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*


**Debtor**

**Marvel Characters, Inc.**                represented by **James L. Patton, Jr.**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*


**Debtor**

**Marvel Direct Marketing Inc.**           represented by **James L. Patton, Jr.**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Debtor**

**Skybox International, Inc.**                represented by **James L. Patton, Jr.**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*


**Debtor**

**Special Counsel to Debtors**              represented by **Daniel R. Losco**
                                             Losco & Marconi, P.A.
                                             1116 West Street
                                             P.O. Box 1677
                                             Wilmington, DE 19899
                                             (302) 656-7776
                                             Email: dlosco@delawarelaw.org
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*


**Debtor**

**Board of Directors of Marvel**            represented by **Anthony W. Clark**
                                             Skadden, Arps, Slate, Meagher &
                                             Flom
                                             One Rodney Square
                                             P.O. Box 636
                                             Wilmington, DE 19899
                                             (302) 651-3000
                                             Email: tclark@skadden.com
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*


**Creditor**

**Standby Purchasers**                      represented by **Stephen W. Spence**
                                             Phillips, Goldman & Spence, P.A.
                                             1200 North Broom Street
                                             Wilmington, DE 19806
                                             (302) 655-4200
                                             Email: sws@pgslaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Creditor</u>

**Indenture Trustee**                    represented by **Joanne B. Wills**
Klehr, Harrison, Harvey, Branzburg &
Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801
(302) 426-1189
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Creditor</u>

**Toy Biz**                              represented by **David B. Stratton**
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500
Email: strattond@pepperlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence C. Ashby**
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: lashby@ashby-geddes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Creditor</u>

**Pre-Petition Lenders**                 represented by **Thomas L. Ambro**
Richards, Layton & Finger

One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Creditor**

**Official Committee of Equity
Security Holders of Coram
Healthcare Corporation**

represented by **Teresa K.D. Currier**
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397
(302) 552-4200
Email: currier@klettrooney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Creditor**

**DIP Lenders**

represented by **Jeffrey C. Wisler**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 888-6258
Fax: (302) 658-0380
Email: jwisler@cblh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Creditor**

**NBA Properties**

represented by **William Anthony Hazeltine**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza,
6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

(302) 984-6000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Creditor**

**Marvel Holdings**                    represented by **Norman L. Pernick**
                                       Saul Ewing LLP
                                       222 Delaware Ave #1200
                                       P.O. Box 1266
                                       Wilmington, DE 19899
                                       (302) 421-6800
                                       Email: npernick@saul.com
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Creditor**

**Creditor's Committee**               represented by **Michael B. Joseph**
                                       Ferry, Joseph & Pearce, P.A.
                                       824 Market St., Suite 904
                                       P.O. Box 1351
                                       Wilmington, DE 19899
                                       (302) 575-1555
                                       Email: mjoseph@ch13de.com
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Creditor**

**Mafco Holdings Inc.**

**Creditor**

**MacAndres & Forbes Holdings, Inc.**

**Creditor**

**Andrews Group Incorporated**


<u>Creditor</u>

**Ronald O. Perelman**


<u>Creditor</u>

**William C. Bevins**


<u>Creditor</u>

**Donald G. Drapkin**


<u>Creditor</u>

**Kenneth Ziffren**


<u>Creditor</u>

**B-Wise Distributors, Inc.**              represented by **Vincent J.X. Hedrick**
                                                         Jacobs & Crumplar, P.A.
                                                         2 East 7th Street
                                                         P. O. Box 1271
                                                         Wilmington, DE 19899
                                                         (302) 656-5445
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*


<u>Creditor</u>

**World Triathlon Corp**

<u>Creditor</u>

**NHL Enterprises LP**                 represented by **William Anthony Hazeltine**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*


<u>Creditor</u>

**Scott M. Rosenberg**                 represented by **Stephen M. Miller**
                                         Morris, James, Hitchens & Williams
                                         222 Delaware Ave.
                                         P.O. Box 2306
                                         Wilmington, DE 19899
                                         (302) 888-6800
                                         Email: smiller@morrisjames.com
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*


<u>Creditor</u>

**Viacom Consumer Products, Inc.**     represented by **Christian J. Singewald**
                                         White & Williams
                                         824 Market Street, Suite 902
                                         P.O. Box 709
                                         Wilmington, DE 19899-0709
                                         (302) 654-0424
                                         Email:
                                         singewaldc@whiteandwilliams.com
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Donald J. Detweiler**
                                         Welch & Associates
                                         824 Market Street, Suite 805
                                         P.O. Box 25307
                                         Wilmington, DE 19899
                                         (302) 622-8900
                                         *TERMINATED: 06/12/1998*
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Creditor**

**Packaging Personified, Inc.**                    represented by **Carl N. Kunz, III**
*Packaging Personified, Inc.*                                 Morris, James, Hitchens & Williams
                                                              222 Delaware Ave.
                                                              P.O. Box 2306
                                                              Wilmington, DE 19899
                                                              (302) 888-6811
                                                              Email: ckunz@morrisjames.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Creditor**

**High River Limited Partnership**                  represented by **Stephen W. Spence**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Creditor**

**Westgage International, L.P.**                     represented by **Stephen W. Spence**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Creditor**

**Shogakukan Production Company**                   represented by **Michael P. Morton**
                                                              Michael P. Morton, Esq.
                                                              1203 North Orange Street
                                                              Wilmington, DE 19801
                                                              (302) 426-1313
                                                              Email: mpmpa@aol.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

<u>Creditor</u>

**TMS Kyokuichi Corporation**               represented by**Michael P. Morton**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*


<u>Creditor</u>

**New World Communications Group**          represented by**John Leonard Reed**
**Incorporated**                            Duane Morris LLP
                                            1100 North Market Street
                                            Suite 1200
                                            Wilmington, DE 19801
                                            (302) 657-4900
                                            Email: jlreed@duanemorris.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*


<u>Creditor</u>

**New World Animation, Inc.**               represented by**John Leonard Reed**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*


<u>Creditor</u>

**New World Animation Ltd.**                represented by**John Leonard Reed**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*


<u>Creditor</u>

**Twentieth Century Fox Film Corp.**        represented by**Michael P. Morton**
                                            (See above for address)
                                            *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

<u>Creditor</u>

**Frank J. O'Connell**                  represented by**Katherine R. Witherspoon**
                                         Klett, Rooney, Lieber & Schorling
                                         1000 West Street, Suite 1410
                                         P.O. Box 1397
                                         Wilmington, DE 19899-1397
                                         (302) 552-4200
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

<u>Creditor</u>

**James E. Ladd**                        represented by**Katherine R. Witherspoon**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

<u>Creditor</u>

**Marvel Enterprises, Inc.**             represented by**David B. Stratton**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

<u>Creditor</u>

**PricewaterhouseCoopers, LLP**          represented by**Robert B. Anderson**
                                         McCarter & English, LLP
                                         919 N. Market Street, Suite 1800
                                         P.O. Box 111
                                         Wilmington, DE 19899
                                         (302) 984-6300
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Creditor**

**Marvin Wolfman**                              represented by**Joseph Grey**
                                                Stevens & Lee
                                                1105 North Market Street
                                                7th Floor
                                                Wilmington, DE 19801
                                                (302) 654-5180
                                                Fax: (302) 654-5181
                                                Email: jg@stevenslee.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Creditor**

**National Hockey League Players'**             represented by**Kevin Gross**
**Association**                                 Rosenthal, Monhait, Gross & Goddess
                                                Mellon Bank Center, Suite 1401
                                                P.O. Box 1070
                                                Wilmington, DE 19899-1070
                                                (302) 656-4433
                                                Email: kgross@rmgglaw.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Creditor**

**Goldmark Advisors, Inc.**

**Creditor**

**David Schreff**

**Creditor**

**Scott C. Marden**

**Creditor**

**Supervalu Inc.**                    represented by**David A. White**
                                      Welch & Associates
                                      824 Market Street, Suite 805
                                      P.O. Box 25307
                                      Wilmington, DE 19899
                                      (302) 622-8900
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*


**Creditor**

**Snyder Ventures Inc.**              represented by**Kathleen M. Miller**
                                      Smith, Katzenstein, & Furlow
                                      The Corporate Plaza
                                      800 Delaware Ave.
                                      P.O. Box 410
                                      Wilmington, DE 19899
                                      (302) 652-8400
                                      Email: kmiller@skfdelaware.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*


**Creditor**

**Savanti Inc.**                      represented by**Richard H. Cross, Jr.**
                                      Cross & Simon, LLC
                                      913 Market Street
                                      Suite 1001
                                      Wilmington, DE 19801
                                      (302) 777-4200
                                      Email: rcross@crosslaw.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*


V.

**Movant**

**Fox Kids Worldwide, L.L.C.**                represented by**Kenneth J. Marino**
                                             Blank Rome LLP
                                             1201 North Market Street
                                             Suite 800
                                             Wilmington, DE 19801-4226
                                             (302) 425-6400
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*


**Movant**

**Saban International N.V.**                  represented by**Kenneth J. Marino**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*


**Movant**

**Securities and Exchange**                  represented by**Ellen W. Slights**
**Commission**                               U.S. Attorney's Office
                                             The Nemours Building
                                             1007 Orange Street, Suite 700
                                             P.O. Box 2046
                                             Wilmington, DE 19899-2046
                                             (302) 573-6277
                                             Email: ellen.slights@usdoj.gov
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*


**Movant**

**DC Comics**                                represented by**James W. Owen**
                                             James W. Owen, Esq.
                                             2500 Grubb Road
                                             Suite 240B
                                             Wilmington, DE 19810
                                             (302) 475-3221
                                             *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

<u>Movant</u>

**New Line Productions, Inc.**　　　represented by**John D. Demmy**
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE 19801
(302) 654-5180
Email: jdd@stevenslee.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Movant</u>

**Bloomberg L.P.**　　　represented by**Joel E. Friedlander**
Bouchard, Margules & Friedlander,
P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
(302) 573-3500
Email: jfriedlander@bmf-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Trustee</u>

**John D. McLaughlin, Jr.**　　　represented by**John D. McLaughlin, Jr.**
U.S. Trustee
601 Walnut Street
950 W The Curtis Center
Philadelphia, PA 19106
PRO SE

<u>Trustee</u>

**John J. Gibbons**　　　represented by**Collins J. Seitz, Jr.**

Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: cseitz@cblh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Trustee**

**Avoidance Litigation Trustee**          represented by**Collins J. Seitz, Jr.**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*


Redacted Version of Docket Sheet CA 97-638 KAJ

| DATE | # | Docket Text |
|------|---|-------------|
| 03/25/1998 | 345 | Exhibits to Motion Filed by John J. Gibbons Appending D.I. 344 {SEALED}. (ntl) (Entered: 03/26/1998) |
| 03/25/1998 | 347 | Exhibit A to Motion Filed by John J. Gibbons Appending D.I. 346 {SEALED}. (ntl) (Entered: 03/26/1998) |
| 04/03/1998 | 368 | Letter dated 4/2/98 from Arthur Connolly, III, Esq. to Judge McKelvie re in camera inspection of documents {SEALED}. (ntl) (Entered: 04/06/1998) |
| 04/10/1998 | 404 | MOTION by John J. Gibbons with Proposed Order for order authorizing and approving license agreement between Fleer Corp. and MLB Players Association ; motion for order shortening time for objections, scheduling a hearing date and approving form, manner and sufficiency of notice {Exhibit A SEALED}. (ntl) (Entered: 04/13/1998) |

| 07/10/1998 | 716 | MOTION by John J. Gibbons with Proposed Order for entry of an order approving settlement agreement {Exhibits SEALED}. (ntl) (Entered: 07/13/1998) |
|---|---|---|
| 08/04/1998 | 798 | MOTION by John J. Gibbons with Proposed Order for entry of an order approving settlement with NBA Properties, Inc. {Exhibit A to Settlement Agreement SEALED}; RE-NOTICE of Hearing on 8/20/98 at 10:00. (ntl) (Entered: 08/04/1998) |
| 04/09/1999 | 1272 | Proposed pre-trial order filed by Marvel Enterprises, NHL Enterprises LP re administrative claim of NHL Enterprises {SEALED}. (ntl) (Entered: 04/09/1999) |
| 04/09/1999 | 1274 | Pre-Trial MEMORANDUM by the Debtors and Marvel Enterprises in opposition to motion by NHL Enterprises for allowance of administrative claim {SEALED}. (ntl) (Entered: 04/12/1999) |
| 11/17/1999 | 1581 | TRANSCRIPT (partial) filed [0-0] bench trial for dates of 11/16/99 {SEALED}. (ntl) (Entered: 11/17/1999) |
| 11/22/1999 | 1585 | TRANSCRIPT (partial) filed [0-0] bench trial for dates of 11/17/99 {SEALED}. (ntl) (Entered: 11/22/1999) |