OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

5/16/05

Laurie Selber Silverstein
Potter Anderson & Corroon, LLP
Hercules Plaza
1313 No. Market Street
PO Box 951
Wilmington, DE 19801

RE: **In re: Marvel Entertainment et al.**
CA 97-638 KAJ

Dear Counsel:

Pursuant to the Order entered on 4/27/05 by the Honorable Kent A. Jordan., the following document is herewith being returned to you:

ITEMS:     1272.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: *(signature)*

I hereby acknowledge receipt of the above mentioned documents on 5/16/05.

_____
Signature