OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

5/17/05

David Stratton  
Pepper Hamilton LLP  
1313 Market Street, Suite 5100  
PO Box 1709  
Wilmington, DE 19899

RE: **In re: Marvel Entertainment et al.**  
CA 97-638 KAJ

Dear Counsel:

Pursuant to the Order entered on 4/27/05 the Honorable Kent A. Jordan, the following document is herewith being returned to you:

ITEMS: 1274.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _[signature]_

I hereby acknowledge receipt of the above mentioned documents

on 5-17-05.

_[signature: Brandon Danielle]_  
Signature