OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

5/18/05

**Karen C. Bifferato**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

RE:   In re: Marvel Entertainment et al.
      CA 97-638 KAJ

Dear Counsel:

Pursuant to the Order entered on 4/27/05 by the Honorable Kent A. Jordan, the following documents are herewith being returned to you:

ITEMS:   345, 347, 368, 404, 716, 798.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on 5/18/05.

Signature _____ (PARCAS)