# EXHIBIT 5

# RESOLUTION
## of the Trustees
## of the MAFCO Litigation Trust

WHEREAS, on July 31, 1998, the United States District Court for the District of Delaware confirmed the Fourth Amended Joint Plan of Reorganization for Marvel Entertainment Group, Inc. and certain of its subsidiaries (collectively, "Marvel"), and approved the creation of the MAFCO Litigation Trust (the "Trust") and the appointment of the undersigned MAFCO Litigation Trustees (the "Trustees");

WHEREAS, as of October 1, 1998, the Trust was created by and among the parties to the MAFCO Litigation Trust Agreement (the "Trust Agreement");

WHEREAS, the Trustees are prosecuting the MAFCO Litigation Claims for the benefit of the Beneficiaries (as those terms are defined in the Trust Agreement);

WHEREAS, Section 4.01 of the Trust Agreement provides that "[t]he existence of the Trust shall terminate five (5) years after the date hereof, *provided, however*, that the MAFCO Litigation Trustees may extend the term of this MAFCO Litigation Trust, provided that they receive District Court approval of such extension for good cause within six (6) months from the beginning of the extended term";

WHEREAS, on September 9, 2003 the Trustees resolved to extend the term of the Trust for a term of five (5) years; on September 16, 2003, the Trustees moved for an order approving the extension of the term of the Trust for five years; and on October 6, 2003, this Court granted the motion to the extent that the Court approved the extension of the term of the Trust for a period of two years, *i.e.*, until October 1, 2005;

WHEREAS, on July 12, 2005, the United States Court of Appeals for the Third Circuit issued a decision on the Trustees' appeal from the judgment of the District Court dismissing the Action. The Court of Appeals (a) reversed the grant of summary judgment in favor of defendants on the Trustees' unjust enrichment claims, (b) reversed the grant of summary judgment in favor of defendants on the Trustees' damage claims with respect to the issuance of notes by Marvel (Parent) Holdings Inc. and Marvel III Holdings Inc., (c) affirmed the summary judgment in favor of defendants on the Trustees' damage claim with respect to the issuance of notes by Marvel Holdings Inc., (d) affirmed the District Court's denial of partial summary judgment in favor of the Trustees, and (e) remanded the Action to the District Court for trial on the Trustees' unjust enrichment claims as to all three tranches of notes, and on the Trustees' damage claims as to the second and third tranches;

WHEREAS, prosecution of the MAFCO Litigation Claims is ongoing, and substantial work remains to be performed in that regard, including a trial scheduled by the Court to commence October 10, 2006;

386559.2

WHEREAS, the Trustees have determined that a further extension of the term of the Trust to October 1, 2008 is necessary in order to fulfill the purposes of the Trust Agreement as set forth in Section 2.02 thereof;

NOW THEREFORE, it is RESOLVED that, it being in the best interest of the Beneficiaries of the Trust, and good cause existing, the Trustees hereby extend the term of the MAFCO Litigation Trust for a term of three (3) years, through and including October 1, 2008.

Dated: September 27, 2005

_____
RONALD CANTOR,
as Trustee of the MAFCO Litigation Trust

_____
JAMES A. SCARPONE,
as Trustee of the MAFCO Litigation Trust

_____
IVAN SNYDER,
as Trustee

386559.2                                2

WHEREAS, the Trustees have determined that a further extension of the term of the Trust to October 1, 2008 is necessary in order to fulfill the purposes of the Trust Agreement as set forth in Section 2.02 thereof;

NOW THEREFORE, it is RESOLVED that, it being in the best interest of the Beneficiaries of the Trust, and good cause existing, the Trustees hereby extend the term of the MAFCO Litigation Trust for a term of three (3) years, through and including October 1, 2008.

Dated: September __, 2005

_____
RONALD CANTOR,
as Trustee of the MAFCO Litigation Trust

_____/s/ James A. Scarpone_____
JAMES A. SCARPONE,
as Trustee of the MAFCO Litigation Trust

_____
IVAN SNYDER,
as Trustee of the MAFCO Litigation Trust

386559.2                                    2

Sep 28 05 10:12a      ivan snyder            9733284164       p.2
Case 1:97-cv-00638-KAJ    Document 1931-7    Filed 09/28/2005    Page 5 of 5
RightFax                 9/28/2005 9:50    PAGE   3/3    RightFax

WHEREAS, the Trustees have determined that a further extension of the term of the Trust to October 1, 2008 is necessary in order to fulfill the purposes of the Trust Agreement as set forth in Section 2.02 thereof;

NOW THEREFORE, it is RESOLVED that, it being in the best interest of the Beneficiaries of the Trust, and good cause existing, the Trustees hereby extend the term of the MAFCO Litigation Trust for a term of three (3) years, through and including October 1, 2008.

Dated: September __, 2005


_____
RONALD CANTOR,
as Trustee of the MAFCO Litigation Trust


_____
JAMES A. SCARPONE,
as Trustee of the MAFCO Litigation Trust

_____
IVAN SNYDER,
as Trustee of the MAFCO Litigation Trust

386559.2                         2