IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
                                                  )
                                                  )
In re                                             )
                                                  )
MARVEL ENTERTAINMENT GROUP, INC. et al.,  )  Civil Action No. 97-638 (KAJ)
                                                  )
        Debtors.                                  )
                                                  )
----------------------------------------------------------------x

### ORDER APPROVING THE EXTENSION OF THE TERM OF THE MAFCO LITIGATION TRUST

Upon consideration of the motion by Ronald Cantor, Ivan Snyder and James A. Scarpone, the Trustees of MAFCO Litigation Trust, for an order approving the extension of the term of the MAFCO Litigation Trust (the "Trust"), and the papers filed in opposition; and it appearing that good cause exists for extending the term of the Trust; and due and proper notice of the motion having been given;

IT IS HEREBY ORDERED THAT:

1. The motion is granted.

2. The Court approves the extension of the term of the Trust for a period of three (3) years from October 1, 2005, through and including October 1, 2008.

Dated: Oct. 3, 2005

Hon. Kent A. Jordan
United States District Judge

386408.2