IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               )
In re                                                          )
                                                               )
MARVEL ENTERTAINMENT GROUP, INC. et al.,  )  Civil Action No. 97-638 (KAJ)
                                                               )
           Debtors.                                            )
                                                               )
---------------------------------------------------------------x

## REPORT OF THE MAFCO LITIGATION TRUSTEES

Ronald Cantor, Ivan Snyder and James A. Scarpone, as Trustees (the "Trustees") of the MAFCO Litigation Trust (the "Trust"), by and through their counsel Ashby & Geddes and Friedman Kaplan Seiler & Adelman LLP, for their report pursuant to section 13.01 of the MAFCO Litigation Trust Agreement, state as follows:

### Financial Report & Condition of the Trust

1. The Trust's receipts and disbursements through March 31, 2005 are as follows:

| | |
|---|---:|
| **RECEIPTS** | |
| Loan Proceeds | $1,000,439.40 |
| Interest & Other | $2,311.92 |
| TOTAL RECEIPTS: | $1,002,751.32 |
| | |
| **DISBURSEMENTS** | |
| Legal Fees & Disbursements | $734,746.14 |
| Trustees Fees & Expenses | $228,021.33 |
| Other | $16,065.10 |
| TOTAL DISBURSEMENTS: | $978,832.57 |

2. The Trust currently has $23,918.75 in cash on hand, and is in the process of obtaining additional financing.

385355.1

**Status of the MAFCO Litigation Claims & Results of Operations**

3.  On December 27, 1996, Marvel Entertainment Group, Inc., The Asher Candy Company, Fleer Corp., Frank H. Fleer Corp., Heroes World Distribution, Inc., Malibu Comics Entertainment, Inc., Marvel Characters, Inc., Marvel Direct Marketing, Inc., and Skybox International, Inc. (collectively, "Marvel") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

4.  As debtor in possession, Marvel commenced a lawsuit (the "Action") on October 30, 1997, asserting claims for breach of fiduciary duty against, *inter alia*, Ronald O. Perelman, Mafco Holdings, Inc., MacAndrews & Forbes Holdings, Inc., Andrews Group Incorporated, William C. Bevins, and Donald G. Drapkin (the "MAFCO Defendants"). (*See* Civil Action No. 97-586 (KAJ), D.I. 1.)[1]

5.  On July 31, 1998, this Court confirmed the Fourth Amended Joint Plan of Reorganization for Marvel (the "Plan"), and approved the creation of the Trust and the appointment of the Trustees to continue the prosecution of Marvel's claims against the MAFCO Defendants.

6.  On December 28, 1998, the Trustees filed an Amended Complaint (D.I. 107), and on September 14, 2001, the Trustees moved for leave to file a Second Amended Complaint (D.I. 149). The Court (McKelvie, J.) granted the Trustees' motion on January 10, 2002 (D.I. 160), and on or about January 28, 2002, the MAFCO Defendants answered the Second Amended Complaint (D.I. 165).

---

[1] All "D.I." references herein are to the docket for Civil Action No. 97-586 (KAJ).

2

385355.1

7. After extensive proceedings before this Court, the parties filed cross motions for summary judgment on March 22, 2002. On December 9, 2002, Magistrate Judge Thynge issued a report and recommendation (the "Report") to this Court that it deny the Trustees' motion, and grant in part and deny in part the MAFCO Defendants' motion. (D.I. 384-85.) The Trustees thereafter filed objections to Magistrate Judge Thynge's Report (D.I. 389), and the MAFCO Defendants filed their opposition to plaintiffs' objections (D.I. 396).

8. On or about September 9, 2003, the Trustees executed a resolution extending the term of the Trust for five years, through and including October 1, 2008. On September 16, 2003, the Trustees moved for an order approving the extension of the term of the Trust for a period of five years, through and including October 1, 2008. On October 6, 2003, the Court granted the motion to the extent that it approved the extension of the term of the Trust for a period of two years from October 1, 2003 through and including October 1, 2005.

9. On February 18, 2004, the Court issued a Memorandum Order adopting the Magistrate Judge's Report. (D.I. 404.) On June 9, 2004, the Court entered a final judgment. (D.I. 417.) On June 23, 2004, plaintiffs filed a timely notice of appeal. (D.I. 405, 420.)

10. On July 12, 2005, the Court of Appeals (a) reversed the grant of summary judgment in favor of defendants on the Trustees' unjust enrichment claims, (b) reversed the grant of summary judgment in favor of defendants on the Trustees' damage claims with respect to the issuance of notes by Marvel (Parent) Holdings Inc. and Marvel III Holdings Inc., (c) affirmed the summary judgment in favor of defendants on

3

the Trustees' damage claim with respect to the issuance of notes by Marvel Holdings Inc., (d) affirmed the District Court's denial of partial summary judgment in favor of the Trustees, and (e) remanded the Action to the District Court for trial on the Trustees' unjust enrichment claims as to all three tranches of notes, and on the Trustees' damage claims as to the second and third tranches. (D.I. 422.)

11. On August 15, 2005, the Court of Appeals issued a mandate in the form of a certified judgment dated July 12, 2005. (D.I. 423.) On September 9, 2005, following remand, this Court scheduled a trial in the Action to commence on October 10, 2006.

**The MAFCO Litigation Trustees**

12. There has been no change in the MAFCO Litigation Trustees.

Dated: Wilmington, Delaware
October 3, 2005

        ASHBY & GEDDES

        /s/ Tiffany Geyer Lydon
        Lawrence C. Ashby (I.D. 468)
        Philip Trainer, Jr. (I.D. 2788)
        Tiffany Geyer Lydon (I.D. 3950)
        222 Delaware Avenue, 17th Floor
        Wilmington, Delaware 19899
        (302) 654-1888

        -and-

        FRIEDMAN KAPLAN SEILER &
          ADELMAN LLP
        Edward A. Friedman
        Andrew W. Goldwater
        Daniel B. Rapport
        Emily A. Stubbs
        1633 Broadway
        New York, New York 10019
        (212) 833-1100

        *Attorneys for Ronald Cantor, Ivan Snyder, and James A. Scarpone, Trustees of the MAFCO Litigation Trust*

162017.1

## CERTIFICATE OF SERVICE

I, Tiffany Geyer Lydon, hereby certify that on the 3rd day of October, 2005, I caused a true and correct copy of the foregoing to be served upon the persons or entities indicated below in the manner indicated.

/s/ Tiffany Geyer Lydon
Tiffany Geyer Lydon (I.D. #3950)

**BY FIRST CLASS MAIL:**

James L. Patton, Jr., Esq.
Brendan Linehan Shannon, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg.
1000 West St., 17th Floor
Wilmington, DE  19801

Norman L. Pernick, Esq.
Saul Ewing LLP
222 Delaware Avenue, #1200
Wilmington, DE  19801

David B. Stratton, Esq.
Pepper Hamilton
1313 Market Street, Suite 5100
Wilmington, DE  19801

Michael B. Joseph, Esq.
Ferry Joseph & Pearce PA
824 Market Street, Suite 904
Wilmington. DE  19801

William A. Hazeltine, Esq.
Potter Anderson & Corroon, LLP
1313 North Market Street
Wilmington, DE  19801

Neal J. Levitsky, Esq.
Fox Rothschild LLP
919 Market Street, Suite 1300
Wilmington, DE  19801

| | |
|---|---|
| Joanne B. Wills, Esq.<br>Klehr Harrison Harvey Branzburg & Ellers<br>Suite 1000, Mellon Center<br>919 Market Street<br>Wilmington, DE  19801 | Mark D. Collins, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>1920 North King Street<br>Wilmington, DE  19801 |
| Collin J. Seitz, Jr., Esq.<br>Jeffrey C. Wisler, Esq.<br>Connolly Bove Lodge & Hutz<br>1007 Orange Street<br>Wilmington, DE  19801 | |
| Eric D. Schwartz, Esq.<br>Morris Nichols Arsht & Tunnell<br>1201 Market Street<br>Wilmington, DE  19801 | Teresa K.D. Currier, Esq.<br>Adam Landis, Esq.<br>Klett Rooney Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE  19801 |
| United States Trustee<br>844 King Street, Suite 2313<br>Lockbox 35<br>Wilmington, DE  19801 | Anthony Clark, Esq.<br>Skadden Arps Meagher & Flom<br>One Rodney Square<br>Wilmington, DE  19801 |
| Harvey Miller, Esq.<br>Weil, Gotshal & Manges<br>767 Fifth Avenue<br>New York, NY  10153 | David Fleischer, Esq.<br>Lawrence Mittman, Esq.<br>Paul Hastings Janofsky & Walker LLP<br>75 East 55th Street<br>New York, NY  10022 |
| Steven M. Schultz, Esq.<br>Kleinberg Kaplan Wolff & Cohen<br>551 Fifth Avenue, 18th Floor<br>New York, NY  10176 | Edward S. Weisfelner, Esq.<br>Brown Rudnick Berlack Israels LLP<br>120 West 45th Street<br>New York, NY  10036 |

| | |
|---|---|
| James E. Spiotto, Esq.<br>Chapman & Cutler<br>111 West Monroe Street<br>Chicago, IL 60603 | Tonny Ho, Esq.<br>Francis Menton, Esq.<br>Willkie Farr & Gallagher<br>787 Seventh Avenue<br>New York, NY  10019-6099 |
| Thomas E. Lauria, Esq.<br>White & Case<br>200 S. Biscayne Boulevard<br>Suite 4900<br>Miami, FL  33131 | Douglas Liebhafsky, Esq.<br>Wachtell Lipton Rosen & Katz<br>51 West 52nd Street<br>New York, NY  10019 |
| Alan Lipson<br>Marvel Entertainment Group, Inc.<br>387 Park Avenue South<br>New York, NY  10016 | Stephen W. Spence, Esq.<br>Phillips Goldman & Spence, P.A.<br>1509 Highway One<br>Dewey Beach, DE  19971 |
| David W. Dykhouse, Esq.<br>Patterson, Belknap, Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY  10036 | Jeffrey D. Prol. Esq.<br>Lowenstein Sandler , PC<br>65 Livingston Avenue<br>Roseland, NJ  07068 |
| Gary Schildhorn, Esq.<br>Adelman Lavine Gold & Levin<br>Two Penn Center Plaza, Ste. 1900<br>Philadelphia, PA  19102 | Robert E. Zimet, Esq.<br>Skadden Arps Slate Meagher & Flom<br>919 Third Avenue<br>New York, NY  10022-3897 |
| Jeffrey W. Levitan, Esq.<br>Proskauer, Rose, Goetz & Mendolsohn<br>1585 Broadway<br>New York, NY  10036-8299 | Richard S. Toder, Esq.<br>Morgan Lewis & Bockius<br>101 Park Avenue<br>New York, NY  10178 |
| Frank J. Vecchione, Esq.<br>Gibbons, Del Deo, Dolan,<br>   Griffinger & Vecchione<br>One Riverfront Plaza<br>Newark, NJ  07102-5497 | Susan Power Johnston, Esq.<br>Covington & Burling<br>1330 Avenue of the Americas<br>New York, NY  10019 |

161837.1

385355.1