# Skadden, Arps, Slate, Meagher & Flom LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636
———
TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

DIRECT DIAL
302-651-3080
DIRECT FAX
888-329-3081
EMAIL ADDRESS
TCLARK@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

October 6, 2005

BY HAND DELIVERY

The Honorable Kent A. Jordan
United States District Judge
United States District Court for the District of Delaware
United States Courthouse
844 North King Street
Wilmington, Delaware 19801

Re:  In re: Marvel Entertainment Group, Inc., et al..
     Civil Action No. 97-638 (KAJ)

Dear Judge Jordan:

I write on behalf of the defendants in <u>Cantor v. Perelman</u> regarding the Motion of MAFCO Litigation Trustees For An Order Approving The Extension Of The MAFCO Litigation Trust.

On September 28, plaintiffs served the motion on counsel for more than two dozen parties in interest. We had calculated, pursuant to Local Rule 7.1.2(a)(2), that opposition to the motion is due by October 12, and the defendants had planned to file an opposing memorandum of law within that time. Among other things, the defendants oppose the extension of the trust given the trustees' (admitted) non-compliance with their reporting obligations under Section 13.01 of the MAFCO Litigation Trust Agreement.[1]

---

[1]  During their eight years in office, although required to report three times a year to this Court on the Trust's financial condition and results of operations, the trustees had never filed any such reports until earlier this week, and even

(continued...)

The Honorable Kent A. Jordan
October 6, 2005
Page 2

       Plaintiffs' proposed order, which was signed by the Court on October 3, explicitly anticipates and contemplates that the Court would consider opposition papers. In light of these circumstances, we respectfully request that the Court vacate the October 3 order so that Your Honor may consider the defendants' papers to be filed in opposition.

Respectfully,

/s/ Anthony W. Clark

Anthony W. Clark (I.D. No. 2051)

cc: Lawrence C. Ashby, Esq. (by hand)
    Edward A. Friedman, Esq. (by fax)
    Clerk of the Court (by hand)

---

[1] (...continued)
that belated report covers only the six months ended March 31, 2005, and fails to account for the earlier periods for which no reports have been filed.

429902.01-Wilmington S1A