IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
                                                                 )
In re                                                            )
                                                                 )
MARVEL ENTERTAINMENT GROUP, INC. et al.,                         )  Civil Action No. 97-638 (KAJ)
                                                                 )
                        Debtors.                                 )
-----------------------------------------------------------------x
```

## REPORT OF THE MAFCO LITIGATION TRUSTEES

Ronald Cantor, Ivan Snyder and James A. Scarpone, as Trustees (the "Trustees") of the MAFCO Litigation Trust (the "Trust"), by and through their counsel Ashby & Geddes and Friedman Kaplan Seiler & Adelman LLP, for their report pursuant to section 13.01 of the MAFCO Litigation Trust Agreement, for the period of April 1, 2005 through September 30, 2005, state as follows:

### Financial Report of Condition of Trust & Results of Operations

1. The Trust currently has $23,693.03 in cash on hand.

### Status of the MAFCO Litigation Claims

2. On October 18, 2005, the Court signed a scheduling order setting forth the dates for completion of additional expert discovery, briefing for defendants'

motion to strike plaintiffs' jury demand, and for pretrial submissions.

                ASHBY & GEDDES

                */s/ Tiffany Geyer Lydon*
                Lawrence C. Ashby (I.D. 468)
                Philip Trainer, Jr. (I.D. 2788)
                Tiffany Geyer Lydon (I.D. 3950)
                P.O. Box 1150
                222 Delaware Avenue, 17th Floor
                Wilmington, Delaware 19899
                (302) 654-1888

                -and-

                FRIEDMAN KAPLAN SEILER &
                  ADELMAN LLP
                Edward A. Friedman
                Andrew W. Goldwater
                Daniel B. Rapport
                Emily A. Stubbs
                1633 Broadway
                New York, New York  10019
                (212) 833-1100

                *Attorneys for Ronald Cantor, Ivan Snyder, and James A. Scarpone, Trustees of the MAFCO Litigation Trust.*

Dated: November 7, 2005

163230.1

## CERTIFICATE OF SERVICE

I, Tiffany Geyer Lydon, hereby certify that on the 7th day of November, 2005, I caused a true and correct copy of the foregoing to be served upon the persons or entities indicated below in the manner indicated.

/s/ Tiffany Geyer Lydon
Tiffany Geyer Lydon (I.D. #3950)

**BY FIRST CLASS MAIL:**

James L. Patton, Jr., Esq.
Brendan Linehan Shannon, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg.
1000 West St., 17th Floor
Wilmington, DE  19801

Norman L. Pernick, Esq.
Saul Ewing LLP
222 Delaware Avenue, #1200
Wilmington, DE  19801

David B. Stratton, Esq.
Pepper Hamilton
1313 Market Street, Suite 5100
Wilmington, DE  19801

Michael B. Joseph, Esq.
Ferry Joseph & Pearce PA
824 Market Street, Suite 904
Wilmington. DE  19801

William A. Hazeltine, Esq.
Potter Anderson & Corroon, LLP
1313 North Market Street
Wilmington, DE  19801

Neal J. Levitsky, Esq.
Fox Rothschild LLP
919 Market Street, Suite 1300
Wilmington, DE  19801

| | |
|---|---|
| Joanne B. Wills, Esq.<br>Klehr Harrison Harvey Branzburg & Ellers<br>Suite 1000, Mellon Center<br>919 Market Street<br>Wilmington, DE  19801 | Mark D. Collins, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 |
| Collin J. Seitz, Jr., Esq.<br>Jeffrey C. Wisler, Esq.<br>Connolly Bove Lodge & Hutz<br>1007 Orange Street<br>Wilmington, DE  19801 | |
| Eric D. Schwartz, Esq.<br>Morris Nichols Arsht & Tunnell<br>1201 Market Street<br>Wilmington, DE  19801 | Teresa K.D. Currier, Esq.<br>Adam Landis, Esq.<br>Klett Rooney Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE  19801 |
| United States Trustee<br>844 King Street, Suite 2313<br>Lockbox 35<br>Wilmington, DE  19801 | Anthony Clark, Esq.<br>Skadden Arps Meagher & Flom<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 |
| Harvey Miller, Esq.<br>Weil, Gotshal & Manges<br>767 Fifth Avenue<br>New York, NY  10153 | David Fleischer, Esq.<br>Lawrence Mittman, Esq.<br>Paul Hastings Janofsky &Walker LLP<br>75 East 55th Street<br>New York, NY  10022 |
| Steven M. Schultz, Esq.<br>Kleinberg Kaplan Wolff & Cohen<br>551 Fifth Avenue, 18th Floor<br>New York, NY  10176 | Edward S. Weisfelner, Esq.<br>Brown Rudnick Berlack Israels LLP<br>120 West 45th Street<br>New York, NY  10036 |

James E. Spiotto, Esq.  
Chapman & Cutler  
111 West Monroe Street  
Chicago, IL 60603  

Thomas E. Lauria, Esq.  
White & Case  
200 S. Biscayne Boulevard  
Suite 4900  
Miami, FL 33131  

Alan Lipson  
Marvel Entertainment Group, Inc.  
387 Park Avenue South  
New York, NY 10016  

David W. Dykhouse, Esq.  
Patterson, Belknap, Webb & Tyler LLP  
1133 Avenue of the Americas  
New York, NY 10036  

Gary Schildhorn, Esq.  
Adelman Lavine Gold & Levin  
Four Penn Center, Suite 900  
Philadelphia, PA 19103-2808  

Jeffrey W. Levitan, Esq.  
Proskauer, Rose, Goetz & Mendolsohn  
1585 Broadway  
New York, NY 10036-8299  

Frank J. Vecchione, Esq.  
Gibbons, Del Deo, Dolan,  
   Griffinger & Vecchione  
One Riverfront Plaza  
Newark, NJ 07102-5497  

Tonny Ho, Esq.  
Francis Menton, Esq.  
Willkie Farr & Gallagher  
787 Seventh Avenue  
New York, NY 10019-6099  

David Bryan, Esq.  
Wachtell Lipton Rosen & Katz  
51 West 52nd Street  
New York, NY 10019  

Stephen W. Spence, Esq.  
Phillips Goldman & Spence, P.A.  
1509 Highway One  
Dewey Beach, DE 19971  

Jeffrey D. Prol. Esq.  
Lowenstein Sandler , PC  
65 Livingston Avenue  
Roseland, NJ 07068  

Robert E. Zimet, Esq.  
Skadden Arps Slate Meagher & Flom  
Four Times Square  
New York, NY 10036  

Richard S. Toder, Esq.  
Morgan Lewis & Bockius  
101 Park Avenue  
New York, NY 10178  

Susan Power Johnston, Esq.  
Covington & Burling  
1330 Avenue of the Americas  
New York, NY 10019  

161837.1