UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
:
:
IN RE:                                                      :     Case No. 97-638-KAJ
:
MARVEL ENTERTAINMENT GROUP, INC.,                           :
et al.,                                                     :
:
            Debtors.                                        :
:
:
------------------------------------------------------------x

### SIXTEENTH INTERIM REPORT OF CHRISTOPHER J. KEARNS, AS TRUSTEE OF THE AVOIDANCE LITIGATION TRUST

1.   Christopher J. Kearns, as the Trustee of the Avoidance Litigation Trust, respectfully submits this sixteenth interim report to the Court pursuant to Section 13.01 of the Avoidance Litigation Trust Agreement (the "Trust Agreement").

### Background

2.   On December 27, 1996, the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.

3.   On July 31, 1998, the Fourth Amended Joint Plan of Reorganization proposed by the Secured Lenders and Toy Biz, Inc. (the "Fourth Amended Plan") was confirmed.

1

4. On October 1, 1998, the Fourth Amended Plan was consummated. Pursuant to Section 7.1(a) of the Fourth Amended Plan, the Avoidance Litigation Trust was created and the Debtors contributed to the Avoidance Litigation Trust, with certain exceptions, all of their interests in any Causes of Action arising pursuant to Sections 510, 544, 545, 547, 548, 549, 550, 551 and 553 of the Bankruptcy Code including the right to prosecute the motion pursuant to Fed. R. Civ. P. 60(b) filed by the Creditors Committee on December 23, 1997 (the "Avoidance Litigation Claims").

5. On October 1, 1998, Christopher J. Kearns was duly appointed as Trustee of the Avoidance Litigation Trust (the "Avoidance Litigation Trustee"). The Avoidance Litigation Trustee agreed to enforce the Avoidance Litigation Claims for the benefit of the Beneficiaries, as defined in the Trust Agreement.

## Activity of the Avoidance Litigation Trust

6. As of December 31, 1998, the Avoidance Litigation Trust had commenced adversary proceedings seeking recovery of approximately $40 million from 474 defendants. These actions seek recovery of approximately $16.8 million in preferential transfers and approximately $23.2 million in post-petition transfers pursuant to the Fed. R. Civ. P. 60(b) motion filed by the Creditors Committee on December 23, 1997 and the October 13, 1998 Order of the District Court granting the 60(b) Motion.

7. Pursuant to Section 7.2 of the Fourth Amended Plan, Marvel Enterprises, Inc. instructed the Avoidance Litigation Trustee not to file actions against approximately 200 entities with potential recoveries of approximately $27.6 million and has subsequently instructed the Avoidance Litigation Trustee to dismiss an additional 49 actions seeking approximately $1,203,978.

8. As of the date of this report, the Avoidance Litigation Trustee has reached settlements with 235 of the defendants and has recovered or will recover approximately $5,520,913. The Trustee has reached a settlement in principle with another defendant and is in the process of finalizing the settlement stipulation. In addition, the Avoidance Litigation Trustee and Marvel have resolved or dismissed several actions, in connection with Marvel claims settlements, which resulted in an additional recovery of approximately $227,300.

9. As of the date of this report, the Avoidance Litigation Trustee has open default judgments for 21 actions, which sought to recover approximately $538,450. It appears that the majority of these will be uncollectible.

10. A summary of the actions filed, not pursued, settled and dismissed, as well as detailed lists of each category, is attached as Exhibit 1.

11. As of the fiscal quarter ended September 30, 1999, pursuant to the Avoidance

3

Litigation Trust Loan Agreement and Section 5.01 of the Trust Agreement, the Avoidance Litigation Trust had requested and received loans totaling $977,193 from Marvel Enterprises, Inc. in order to pay professional fees.

12. Utilizing the proceeds of one of the major settlements, the Avoidance Litigation Trust repaid the total loan balance outstanding of $977,193 together with interest through September 30, 1999 on or about October 15, 1999. In addition, professional fees for July 1999 through December 31, 2004 have been paid from settlement proceeds.

13. In February 2003, the global settlements among the Trustee, Marvel and defendants Ladd and O'Connell were finalized. The Trustee now holds 18% ($343,499), of the Ladd claim of $1,908,333 and 11% ($292,814) of the O'Connell claim of $2,661,949. The Trustee has received distributions totaling approximately $65,800 on these claims.

14. Total professional fees incurred from the inception of the Avoidance Litigation Trust through December 31, 2004 is $4,295,325. A summary of fees and expenses by firm is attached as Exhibit 1.

15. As of December 31, 2004, the Trustee has made distributions to the Unsecured Creditors and Newco totaling $1,290,082. In October 2003, the Trustee made distributions in the amount of $63,289 to the senior fixed creditors.

16. On September 8, 2003, the Trustee filed a motion to extend the Trust to allow the Trustee to resolve three remaining actions and to allow Newco to resolve the remaining unresolved claims filed against the Debtors. An order extending the Trust through and including October 1, 2004 was signed by the District Court Judge on September 30, 2003. The Trustee made a final distribution to Unsecured Creditors in August 2004.

17. Pursuant to the requirements of Section 13.01 of the Trust Agreement, an unaudited schedule of cash receipts and disbursements for the period January 1, 2004 through December 31, 2004, and a balance sheet at December 31, 2004 are attached as Exhibit 2.

Dated: New York, New York
April 13, 2006

Respectfully submitted,

CHRISTOPHER J. KEARNS, TRUSTEE

Christopher J. Kearns
Kahn Consulting, Inc.
3 Times Square, 11th Floor
New York, New York  10036

CONNOLLY BOVE LODGE & HUTZ LLP

By: _____
Karen C. Bifferato (No. 3279)
Marc J. Phillips (No. 4445)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware  19801
(302) 658-9141
mphillips@cblh.com

Counsel for Christopher J. Kearns,
Avoidance Litigation Trustee

5