## CERTIFICATE OF SERVICE

    I, Marc J. Phillips, hereby certify that on the 21st day of April, 2006, I caused a true and correct copy of the foregoing to be electronically filed with the United States District Court for the District of Delaware and served upon the persons or entities indicated below in the manner indicated below.

                        /s/ Marc J. Phillips
                        Marc J. Phillips (No. 4445)

**BY HAND DELIVERY**:
David B. Stratton, Esq.
Pepper Hamilton LLP
Hercules Plaza
1313 Market Street
Suite 5100
Wilmington, DE 19801

**BY FIRST-CLASS MAIL**:
Stephen Z. Starr, Esq.
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022

#460113v1