IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
In re:                                          :
                                                :
MARVEL ENTERTAINMENT GROUP, INC.,               :   Case No. 97-638 (KAJ)
et al.,                                         :
                                                :
                                                :
                 Debtors.                       :
------------------------------------------------------------x
```

## NOTICE OF FILING OF INTERIM REPORT

PLEASE TAKE NOTICE that Christopher J. Kearns, as Trustee for the Avoidance Litigation Trust created under the Fourth Amended Plan of Reorganization of Marvel Entertainment Group, Inc., et al. (the "Avoidance Litigation Trustee"), has today filed the **Sixteenth Interim Report of Christopher J. Kearns, as Trustee of the Avoidance Litigation Trust** (the "Sixteenth Interim Report") with the United States District Court for the District of Delaware, 844 King Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you may obtain a copy of the Sixteenth Interim Report by contacting the undersigned counsel.

Dated: April 21, 2006
       Wilmington, Delaware

CONNOLLY BOVE LODGE & HUTZ LLP

By:/s/ Marc J. Phillips
    Collins J. Seitz, Jr. (#2237)
    Karen C. Bifferato (#3279)
    Marc J. Phillips (#4445)
    The Nemours Building
    1007 North Orange Street
    P.O. Box 2207
    Wilmington, DE 19899
    (302) 658-9141
    mphillips@cblh.com

    Counsel for Christopher J. Kearns,
    Avoidance Litigation Trustee

#460102v1