# EXHIBIT 1

**Marvel Avoidance Litigation Trust**
**Summary of Actions Filed and Status Report**
**As of October 31, 2005**

## I. Summary of Potential Recoveries and Actions Filed

| | Number of Actions | Preferential Transfers | Post-Petition Transfers | Total | |
|---|---|---|---|---|---|
| Total Potential Actions Identified | 675 | $ 26,037,749 | $ 41,618,906 | $ 67,656,655 | Exhibit B |
| Potential Actions Instructed Not to Pursue | (201) | (9,187,789) | (18,437,478) | (27,625,267) | Exhibit A |
| Total Actions Filed | 474 | 16,849,961 | 23,181,427 | 40,031,388 | Exhibit C |
| Actions Subsequently Instructed Not to Pursue | (49) | (225,761) | (978,217) | (1,203,979) | |
| Remaining Actions | 425 | 16,624,199 | 22,203,210 | 38,827,410 | |

## II. Status of Remaining Actions

| | Number of Actions | Preferential Transfers | Post-Petition Transfers | Total | Settled Amount | |
|---|---|---|---|---|---|---|
| Settled Actions | 235 | $ 11,649,341 | $ 11,663,049 | $ 23,312,390 | $ 5,520,913 | Exhibit D |
| Actions Dismissed by Trustee | 146 | 1,678,043 | 4,308,969 | 5,987,012 | | Exhibit E |
| Actions Dismissed in Connection with Marvel Claim Settlements | 22 | 2,623,608 | 5,823,489 | 8,447,097 | 227,300 | Exhibit F |
| Actions Resulting in Default Judgments | 21 | 145,818 | 392,635 | 538,453 | | Exhibit G |

## III. Summary of Professional Fees and Expenses Incurred through September 30, 2005 (1)

| | Fees | Expenses | |
|---|---|---|---|
| Connolly Bove | $396,889 | $61,429 | |
| Ferry & Joseph | 8,033 | 167 | |
| FTI Consulting/Kahn Consulting | 1,452,851 | 25,561 | |
| Price Waterhouse | 38,485 | 2,123 | |
| Ravin Sarasohn | 329,059 | 13,947 | |
| Lowenstein Sandler (2) | 79,364 | 1,106 | |
| Trustee's Salary | 95,840 | | |
| Wilkie Farr & Gallagher | 1,495,602 | 88,810 | |
| Other Professionals | 244,491 | 3,665 | |
| Miscellaneous Collection Fees | 11,904 | | |
| Total Fees and Expenses Incurred | $4,152,516 | $196,808 | Exhibit H |

Notes

(1) Represents fees from October 1998 through October 31, 2005 (except Wilkie Farr & Gallagher fees which are through September 30, 2002);
Fees for Ferry & Joseph and Wilkie Farr & Gallagher include $6,373 and $65,267 respectively, for representation of the creditors' committee.
Total fees excluding creditors' committee work are $4,072,974. Total expenses excluding creditor committee work total $184,606.

(2) Effective April 20, 2000, Ravin Sarasohn, Cook, Baumgarten, Fisch & Rosen, PC was substituted by Lowenstein Sandler PC.

# EXHIBIT A

## Marvel Avoidance Litigation Trust
### Schedule of Complaints Filed
### Total Preferences and Post Petition Payments

| Defendant | Law firm filed | Conflicts | Preferential Transfers (Count I) | Postpetition Transfers (Count II) |
|---|---|---|---|---|
| A. I. A. CONSTRUCTION, LTD. | W | | $1,434.32 | $3,978.21 |
| A.F.T.CORP.DBA ANDRESEN DIGIT | R | | $6,285.25 | |
| ABF FREIGHT SYSTEM INC | W | | | $15,371.47 |
| ABLEST SERVICE CORP. | W | | $73,452.05 | $23,834.44 |
| ACCURATE PAPER RECYCLING,INC. | R | | $14,240.00 | |
| ACT DATA SERVICES, INC. | W | | $1,159.68 | $4,200.55 |
| ADELSON ENTERTAINMENT, INC. | W | | | $24,972.25 |
| ADVANTAGE MANAGEMENT,INC | W | | | $35,882.00 |
| AEP FLEXO, INC | T | | $28,094.00 | |
| AFAX INC. | R | | $5,484.29 | |
| AFFILIATED FOODS COOPERATIVE | W | | | $47,308.00 |
| ALLIANCE BROKERAGE GROUP | R | | $17,053.00 | |
| ALLIANCE SERVICES CORP. | R | W | $7,265.00 | $2,705.00 |
| ALLINA, CURTIS J. | R | | $5,000.00 | |
| ALTSHULER, MARILYN | W | | | $12,927.00 |
| ALVIMAR MFG. CO., INC. | W | | | $49,625.44 |
| AMERICAN AIRLINES | R | | $20,659.00 | |
| AMERICAN BANK NOTE | W | | $39,829.00 | $105,436.70 |
| AMERICAN CONVENTION & EXPOSITION SER | R | | | $7,508.00 |
| AMERICAN CREDIT INDEMNITY | R | | | $5,525.77 |
| AMERICAN NEEDLE & NOVELTY CO. | W | | $1,858.32 | $3,795.00 |
| AMERICAN PACKAGING CORP. | W | | $18,291.00 | $15,975.20 |
| AP3C ARCHITECTS,INC | W | | $14,989.00 | $7,221.00 |
| APEX ADVERTISING, INC. | R | | | $7,307.53 |
| ARCHER DANIELS MIDLAND CO. | W | R | $28,919.00 | $56,287.00 |
| ARGONAUT INSURANCE COMPANY | W | | | $281,477.00 |
| ART KRAFT CONTAINER CORP. | W | | $15,538.85 | |
| ASSOCIATED PACKAGING, INC. | W | | $1,252.00 | $6,674.12 |
| ATLAS VAN LINES, INC | R | | | $6,545.44 |
| AUDIO VIDEO SYSTEMS INC (NY) | R | | | $4,589.80 |
| AURILIA, CHRISTINE M | R | | | $5,288.00 |
| AUTHENTIC IMAGES | R | | | $4,275.00 |
| AVNE SYSTEMS LTD | W | | $113,920.70 | $330,652.67 |
| BABINEAU, STEVE | R | | | $5,150.00 |
| BADGER, MARK | R | | | $4,000.00 |
| BALFOUR PHOTOGRAPHY | R | | $4,452.69 | |
| BATES DESIGN INC., AKA BATES INC | W | | | $65,594.02 |
| BAUM PRINTING CO | W | | $26,278.00 | $2,079.00 |
| BAUMAN, WILLIAM | W | | | $10,086.00 |
| BECKETT SPORTS CARDS, INC. | W | | | $788,290.13 |
| BECTON, PAUL J | R | | | $7,150.00 |
| BELL, GLEN | W | | $289.00 | $31,232.00 |
| BENDER, JACQUELINE | W | | | $46,553.00 |
| BENNETT, JOE C/O ARTS AND | R | | | $5,920.00 |
| BERMEO & BERMEO LAW FIRM | R | | | $7,140.00 |
| BERRY PLASTICS CORP. | W | | $14,368.00 | $47,583.84 |
| BICKNELL & FULLER | W | | $16,309.04 | $16,598.69 |
| BIG APPLE TECHNOLOGIES | R | | $11,068.56 | |
| BILL COLE ENTERPRISES | R | | | $7,208.00 |
| BLACKMAN & CO. | W | | $24,362.00 | $12,678.00 |

Marvel Avoidance Litigation Trust
Schedule of Complaints Filed
Total Preferences and Post Petition Payments

| Defendant | Law firm filed | Conflicts | Preferential Transfers (Count I) | Postpetition Transfers (Count II) |
|---|---|---|---|---|
| BORRAS, SERGIO MELIA | R | | | $5,874.00 |
| BOX USA | W | | $33,301.00 | $20,040.62 |
| BREGLER ASSOCIATES | W | | $9,364.00 | $4,274.70 |
| BRENNAN, JAMES | W | | | $23,422.00 |
| BRIODY & WATSON INC | W | | $13,113.32 | $19,364.61 |
| BRUNZ, NANETTE C. | R | | | $4,200.00 |
| BUCKINGHAM, MARK | R | | | $5,568.00 |
| BURKLUND DISTRIBUTORS INC | R | | | $4,848.00 |
| BURTON, WARD | R | | | $5,000.00 |
| BUSINESS SYSTEMS GROUP | W | | | $14,097.05 |
| CADMUS FINANCIAL (SPECIALTY PACKAGING) | W | | $28,936.00 | $125,436.52 |
| CALAMARI, JOSEPH A | W | | $2,090.50 | $14,230.00 |
| CAMPOS, MARC | R | | | $6,813.00 |
| CANDYCOLOR DE MEXICO SA DE CV | W | | $81,836.00 | $14,119.00 |
| CANNON EQUIPMENT COMPANY | R | | $6,504.00 | |
| CAPITAL PRINTING SYSTEMS INC. | W | | $13,753.18 | $9,856.16 |
| CASTELLINI, CLAUDIO | W | | | $36,780.00 |
| CASTLE OIL CORP | W | | | $24,932.13 |
| CATALINK DIRECT INC (MA) | W | | $39,604.14 | $9,626.95 |
| CCW PRODUCTS, INC. | R | | $9,972.00 | |
| CENTRAL STATES DIST SVC  INC. | W | | $3,716.00 | $2,060.61 |
| CERESTAR USA, INC. | W | | | $16,565.38 |
| CHAMBERS, CLAYTON | W | | | $22,200.00 |
| CHANG, MARGARET H | R | | | $6,083.00 |
| CHAPEL COMPANY INC | W | | $11,063.00 | $15,648.84 |
| CHARRETTE CORPORATION | W | | $2,731.79 | $7,228.14 |
| CHESTNUT DISPLAYS SYSTEMS | R | | $35,645.00 | |
| CHEUNG, JIM | R | | | $6,624.00 |
| CHICLES CANEL'S S A DE C.V. | | | $135,369.00 | |
| CITY CIGARETTE SALES INC | R | | | $8,897.00 |
| CLEANING SERVICE INDUSTRIES | R | | $19,188.67 | |
| CLIENT SERVER TECHNOLOGIES INC | W | | | $80,793.05 |
| CLIP STRIP CORP | W | | $7,016.00 | $8,210.40 |
| CLUB DE GOLF TM LTD | R | | | $6,710.39 |
| COHAN, SUSAN WENDY | W | | $625.00 | $16,448.00 |
| COLOMBO CANDY & TOBACCO WHS. CO. INC. | W | | | $47,065.00 |
| COLORCON | T | | $14,035.00 | |
| COMIC IMAGES, INC | W | | | $46,743.59 |
| COMMISSIONER OF TAX & FINANCE | R | W | | $26,502.50 |
| COMMUNICATIONS DATA SERVICES INC. | W | | | $55,112.34 |
| COMMUNITY ALTERNATIVES | R | | $5,316.00 | |
| COMPUSA INC | C | W R | $5,123.10 | |
| CONCEB PTY LTD - COMMONWEALTH BK | R | W | $56,157.46 | |
| CONCORD PRINTING SERVICES | W | | $2,754.10 | $24,140.45 |
| CONROY, ROBERTA | R | | | $7,457.00 |
| CONSOLIDATED DRAKE PRESS | R | | $8,875.00 | |
| CONSTABLE-HODGINS PRINTING CO.,INC | W | | | $22,214.99 |
| CONTAINER CORP. OF AMERICA | W | | $92,118.65 | $30,106.84 |
| COUNTY OF DURHAM | R | W | | $8,333.00 |
| COZEN & O'CONNOR | R | | | $8,897.39 |

Marvel Avoidance Litigation Trust
Schedule of Complaints Filed
Total Preferences and Post Petition Payments

| Defendant | Law firm filed | Conflicts | Preferential Transfers (Count I) | Postpetition Transfers (Count II) |
|---|---|---|---|---|
| CPC INTERNATIONAL INC | W | | | $14,224.65 |
| CRAIG WHITE DESIGN | W | | | $12,118.75 |
| CREATIVE COMMUNICATIONS AND GRAPHICS INC | W | | | $20,914.00 |
| CREATIVE LICENSE, INC. | W | | $18,148.53 | $250,943.61 |
| CROSSLANDS TRANSPORTATION, INC | W | | $43,360.14 | $24,707.91 |
| CRST INC. | W | | | $23,489.29 |
| CRUZ, JENNEL V. | R | | | $6,000.00 |
| CUI, INC. | W | | $18,476.00 | $11,713.78 |
| CUSTOM PROJECTS, INC. | W | | | $47,480.06 |
| CYNOSURE SOFTWARE | W | | | $10,000.00 |
| D M L BOYLE REPRODUCTIONS | W | | | $20,663.15 |
| D. F. KING & CO., INC. | W | | | $20,271.02 |
| DADDI, GRAZIA | W | | | $37,477.74 |
| DALE EARNHARDT, INC. | W | | | $41,875.00 |
| DATA BASED SYSTEMS INT'L INC | R | | | $8,649.60 |
| DATAFORM BUSINESS SYSTEMS INC | W | | $1,346.23 | $10,073.35 |
| DAVID FISHOF PRESENTS | W | | | $10,000.00 |
| DAVIES COLLISON CAVE | W | | $2,527.34 | $4,137.77 |
| DC COMICS INC. | W | | | $276,212.20 |
| DEACONS GRAHAM & JAMES | W | | $38,444.93 | $14,293.41 |
| DEARBORN WHOLESALE GROCERS LP | W | | | $29,778.00 |
| DECISION DYNAMICS, INC. | W | | $23,127.20 | $15,565.26 |
| DEERING, BARBARA | R | | | $4,050.55 |
| DEGAGNE, JOEL | R | | | $5,601.00 |
| DELTA CORRUGATED PAPER PROD., CO. | W | | $2,293.00 | $24,076.48 |
| DEODATO, MICHAEL | W | | | $19,256.15 |
| DEPERSICO DESIGN | W | | $37,010.00 | $120,875.00 |
| DESIGN INTELLEGENCE INC | R | | | $6,610.00 |
| DIALAMERICA MARKETING, INC. | W | | | $50,688.57 |
| DIC ENTERTAINMENT, L P | W | | $325,000.00 | $2,009.00 |
| DIGITAL ARTISTS INC | W | | $136,510.00 | $67,594.57 |
| DIRECT MARKETING TECHNOLOGY | R | | $24,427.53 | |
| DISNEY BOOK PUBLISHING INC | W | | | $295,410.00 |
| DISNEY CHANNEL, THE | W | | $867,204.28 | $1,990,310.88 |
| DISNEY ENTERPRISES INC | W | | $2,929,000.00 | $844,048.14 |
| DMB DESIGN | W | | $24,022.84 | $30,636.73 |
| DOBBS, KATHERINE A | W | | | $83,361.99 |
| DODSON, CRAIG | R | | | $6,971.00 |
| DOMINO SUGAR CORP | W | | $18,747.00 | $9,382.91 |
| DON JAGODA ASSOCIATES, INC. | W | | $587.85 | $28,724.02 |
| DOVALE, PAMELA | W | | | $40,050.00 |
| DRESNER, MICHAEL | R | | | $8,782.74 |
| DREW & NAPIER | R | | | $4,047.00 |
| EAGLE ROCK FREIGHT SYSTEM | W | | | $32,874.40 |
| EARL PALMER BROWN CO INC | W | | $39,792.45 | $11,886.55 |
| EARLEY, JAMES M | R | | | $6,172.00 |
| EDWARDS, WESLEY D | W | | | $38,462.00 |
| ELI WITT COMPANY, THE | W | | | $10,956.00 |
| ELLIS, WARREN | R | | | $9,350.00 |
| EMERY, GLENN | R | | | $8,491.70 |

Marvel Avoidance Litigation Trust
Schedule of Complaints Filed
Total Preferences and Post Petition Payments

| Defendant | Law firm filed | Conflicts | Preferential Transfers (Count I) | Postpetition Transfers (Count II) |
|---|---|---|---|---|
| EMMERT, CYNTHIA A | W | | | $11,385.00 |
| ERICKSON, MARK | W | | | $105,000.00 |
| ESTUDIO BARREDA MOLLER | R | | | $7,168.00 |
| EXTREME STUDIOS | W | | | $42,000.00 |
| FABRICON PRODUCTS | R | | $6,493.00 | |
| FAHEY, STEVEN | R | | | $4,523.00 |
| FAIRCHILD PUBLICATIONS | R | | $5,605.32 | |
| FAWAZ, JOHN | W | | | $27,310.00 |
| FELBRO | R | | | $6,225.00 |
| FERRARI, BRIAN | R | | | $5,329.00 |
| FLAVORCHEM CORPORATION | R | | | $4,617.99 |
| FOX KIDS COUNTDOWN | R | | $500,000.00 | $42,000.00 |
| FRENZ, RONALD WADE | R | | | $5,760.00 |
| FRIKA INDUSTRIAL GLOVE CO. | R | | $10,347.00 | |
| FRYER, BRUCE | W | | | $18,334.00 |
| FUNKY ENTERPRISES INC | R | | | $7,861.00 |
| GAERTNER, SHARLEEN | W | | | $10,408.00 |
| GALTON, JAMES E | W | | | $73,405.00 |
| GEMCHEM, INC. | R | | $6,084.00 | |
| GENERAL ELECTRICAL SPECIALTY | R | W | | $6,567.53 |
| GEORGE ANSIS, INC | R | | | $5,520.77 |
| GILBERT, ALONZO G | W | | | $12,022.00 |
| GILES, MICHAEL | W | | | $31,584.00 |
| GITTELSOHN, GARY | W | | | $147,926.00 |
| GLEN WOOD COMPANY CORP | R | | | $6,250.00 |
| GOLDRING DISPLAY GROUP, INC. | R | | | $9,321.00 |
| GRAPHIC COLOR WORKS | W | | $27,760.00 | $164,550.60 |
| GRAPHIC SERVICE BUREAU INC | W | | $9,338.14 | $11,059.96 |
| GREAT A&P TEA COMPANY, THE | R | | $41,681.00 | |
| GREAT NORTHERN/REIFF & ASSOC. | R | | $40,023.75 | |
| GREENMAN, LESTER | R | | | $6,562.46 |
| GROSS, DAERICK | R | | | $4,540.00 |
| GROSSMAN, MILES | W | | | $52,220.49 |
| GSC ENTERPRISES INC | W | | | $40,260.00 |
| GUEVARA, CARLOS | R | | | $7,268.00 |
| HALL, DICKLER KENT ET AL | R | | | $7,089.53 |
| HANNA, SCOTT D | R | | | $4,292.00 |
| HAROLD W. YOUNG, INC. | R | | | $9,012.39 |
| HARRY N. ABRAMS, INC | W | | $2,624.06 | $29,491.05 |
| HAWK GRAPHICS, INC. | W | | $4,534.44 | $44,005.20 |
| HEARTLAND INDUSTRIES | W | | $61,728.07 | $54,709.00 |
| HELLARD, ALAN | R | | | $5,500.00 |
| HENDRICK MOTORSPORTS LTD PARTNERSHIP | R | W | | $26,431.00 |
| HENNEGAN COMPANY, THE | W | | $22,517.00 | $28,720.37 |
| HERNANDEZ, ISMAEL | R | | | $6,615.00 |
| HI TECH GRAPHICS FINISHERS CO. INC. | W | | $9,541.70 | $20,001.08 |
| HILL, JACOB | W | | | $19,528.50 |
| HITCH, BRYAN | R | | | $6,150.00 |
| HUDSON STONE GROUP, THE | R | | $15,841.69 | |
| HULL, LYNDA S | W | | | $13,781.00 |

Marvel Avoidance Litigation Trust
Schedule of Complaints Filed
Total Preferences and Post Petition Payments

| Defendant | Law firm filed | Conflicts | Preferential Transfers (Count I) | Postpetition Transfers (Count II) |
|---|---|---|---|---|
| HYPERION SOFTWARE CORPORATION | W | | | $294,513.90 |
| ICAZA GONZALEZ-RUIZ & ALEMAN | R | | | $5,764.00 |
| IHARA, YASUO | R | | | $4,500.00 |
| INTEGRATED DESIGNS | W | | | $70,453.00 |
| INTERFACE FINANCIAL GROUP | W | | $113,294.00 | |
| ISLAND CONTAINER CORP. | W | | $6,887.00 | $62,418.48 |
| JACKSON & ASSOCIATES | R | | $5,998.00 | |
| JAGOLTA, RICHARD | W | | $25,382.96 | $5,833.02 |
| JAMES CAPUTA | R | | | $6,100.00 |
| JEFF GORDON INC | W | | | $24,375.00 |
| JEFF GREEN ENT INC | R | | | $5,000.00 |
| JERRY & KETCHUM | W | | $67,856.85 | $30,000.00 |
| JF WALKER CO INC & SUB | R | | | $6,695.00 |
| JOHN FRANCIS MOORE INC | R | | | $7,349.00 |
| JOHNS-BYRNE COMPANY | W | | | $16,137.00 |
| JOSEPH GROUP INC, THE | W | | | $11,335.30 |
| JSR INDUSTRIES, INC | W | | $223.90 | $17,697.29 |
| JUNGBUNZLAUER INC. | R | | $5,160.00 | |
| KANALZ, EMILY | W | | | $11,325.00 |
| KELSOE RIGGING COMPANY INC | W | | | $27,008.00 |
| KENNEDY GROUP, THE | W | | $7,500.00 | $20,139.50 |
| KGM GRAPHICS | W | | $22,211.50 | $32,599.00 |
| KICK DESIGN | R | | $9,758.00 | |
| KINZLE, WILLIAM L | R | | | $5,312.00 |
| KLS PROF'L ADVISORS GROUP INC | R | | $8,500.00 | |
| KODANSHA LTD | W | | | $21,350.00 |
| KONONENKO, MARY | W | | $84.00 | $9,230.00 |
| KRAMER, LEVIN, NAFTALIS, ET AL | R | W | | $46,488.12 |
| L & L/ JIROCH DISTRIBUTING, CO. | W | | | $41,755.00 |
| L & M DISTRIBUTORS INC | W | | | $12,599.00 |
| L. A. DREYFUS COMPANY | W | | | $56,612.50 |
| LADD JR., JAMES E | R | W | $733,334.35 | $341,668.00 |
| LAGUNA, FABIO | R | | | $4,570.00 |
| LAJOIE, RANDY | W | | | $10,000.00 |
| LAMORT, JUDITH A | R | | | $7,120.00 |
| LANCE CORPORATION, THE | R | | $10,147.08 | |
| LANDOR ASSOCIATES | W | | | $170,744.29 |
| LAROSA, ALBERT B | R | | | $8,451.50 |
| LARRY HAMA DBA DETH DEALER | R | | | $5,614.00 |
| LARSEN, ERIK | R | | | $9,846.00 |
| LASER TECH COLOR INC | R | | | $7,672.00 |
| LASERMACH INC | R | | | $6,900.00 |
| LATHAM & WATKINS | R | W | $49,870.03 | $17,765.40 |
| LCR, INC | W | | $12,500.00 | $13,750.00 |
| LEAF INC-SUBSIDIARY OF HERSHEY FOOD | W | | $1,335,052.00 | $588,031.01 |
| LEBHAR-FRIEDMAN INC | R | | $11,513.25 | |
| LEE AND LI | R | W | | $13,802.00 |
| LEIBOWITZ, KAREN | W | | | $17,654.00 |
| LEWIS, KEN | R | | | $4,008.43 |
| LEWIS, NEIL | R | | $9,395.00 | |
| LICHTNER, CHRISTIAN P | R | | | $9,626.00 |

Marvel Avoidance Litigation Trust
Schedule of Complaints Filed
Total Preferences and Post Petition Payments

| Defendant | Law firm filed | Conflicts | Preferential Transfers (Count I) | Postpetition Transfers (Count II) |
|---|---|---|---|---|
| LIEFIELD, ROB | R | | $690.60 | $2,770.50 |
| LILCO | R | W | | $17,907.79 |
| LINDENMEYER MUNROE | W | | $41,327.50 | $264,237.23 |
| LIVING COLOR, INC | W | | $41,080.97 | $12,639.10 |
| LIVINGSTON GROUP INC. | W | | $18.65 | $63,040.74 |
| LOCAL 102 | W | | $28,096.00 | $17,315.34 |
| LOCKE PURNELL RAIN HARRELL | R | | $7,116.00 | |
| LONGS DRUG STORES CALIFORNIA INC. | W | | | $10,924.00 |
| LOSEY, ROBERT L | R | | | $252,163.00 |
| LYONS PARTNERSHIP LP | W | | | $21,168.08 |
| MADISON SQUARE INNER CITY YOUTH PROG | R | | $8,000.00 | |
| MAGAZINE DIV. BOY SCOUTS OF AMERICA | R | | $11,167.00 | |
| MAIDEN, CHARLES | W | | $800.00 | $9,200.00 |
| MANCHA, SALVADOR | R | | | $6,608.00 |
| MARC PHILLIP BODNER/MANUSEVITZ | R | | | $4,248.00 |
| MARDEN, SCOTT C | R | W | $10,400.65 | |
| MARENA, AGHINA, BONVICIN | R | | $5,964.30 | |
| MARTIN COOK ASSOCIATES, LTD | W | | | $72,135.36 |
| MARTINEZ, SALVADOR LARROCA | W | | | $12,707.02 |
| MARTINEZ, SEAN | R | | | $7,767.00 |
| MARVEL, MARY M | W | | | $30,352.00 |
| MATTICE MANAGEMENT LIMITED | R | | | $8,277.70 |
| MC ARDLE INC. | R | | $9,500.00 | |
| MCCARTHY, ROBERT | R | W | | $65,625.00 |
| MCCLEERY, DIANE | R | | $6,658.00 | |
| MCCORMACK, JUSTIN | W | | $6,535.56 | $16,083.66 |
| MCFARLAND, TOM | R | | | $5,200.00 |
| MCGREW COLOR GRAPHICS | R | | $45,747.00 | |
| MDC - WOM | R | | $13,013.00 | |
| MEBANE PACKAGING CORPORATION | R | | $30,007.00 | |
| MECHANICS CHOICE | T | | $5,759.00 | |
| MELLO SMELLO | R | | | $4,699.81 |
| MENDON LEASING CORP | W | | $3,667.00 | $6,947.44 |
| MERCER, WILLIAM M | R | W | $4,660.00 | $11,690.00 |
| MERKERT ENTERPRISES, INC. (METRO NY DIV.) | W | | | $29,861.57 |
| MERZARIO USA, INC. | W | | $1,387.00 | $19,908.72 |
| MICHAEL TEITELBAUM DBA TOWN BROOK PR | W | | $90,000.00 | $166,470.00 |
| MILBANK TWEED HADLEY & MCCLOY | R | | $67,037.00 | |
| MILLARD CONSULTING SERVICES | W | | | $23,150.00 |
| MILTON C. MERION, INC | R | | | $7,619.00 |
| MITCHELL ESQ, MICHAEL W | W | | $14,849.73 | $4,987.50 |
| MITCHELL III, THOMAS J | W | | | $20,490.00 |
| MITCHELL/MARTIN INC. | R | | $13,000.00 | |
| MOQUET BORDE DIEUX GEENS ASSO | R | | $7,672.69 | |
| MOREHEAD COMPANY | W | | | $11,366.00 |
| MORGAN SHEPHERD, INC. | W | | | $12,500.00 |
| MOSES, EDIE | R | | | $8,204.00 |
| MTV NETWORKS | W | | | $31,324.00 |
| MURPHY & COMPANY | R | | $12,183.00 | |

Marvel Avoidance Litigation Trust
Schedule of Complaints Filed
Total Preferences and Post Petition Payments

| Defendant | Law firm filed | Conflicts | Preferential Transfers (Count I) | Postpetition Transfers (Count II) |
|---|---|---|---|---|
| MY SPORT! PRODUCTS, INC. | W | | $22,419.00 | $46,218.53 |
| N C H PROMOTIONAL SERVICES | R | | | $5,967.00 |
| NATIONAL CONVERTING & FULFILLMENT | R | | $6,968.00 | |
| NATIONAL MARKETING SERVICES | W | | $28,160.00 | $7,100.00 |
| NATIONAL TRANSPORTATION | W | | | $42,835.09 |
| NEARY, PAUL | R | | | $4,329.50 |
| NECCO | R | | | $6,235.83 |
| NEMCO MOTORSPORTS | R | | | $6,250.00 |
| NEW PRODUCTS RESOURCES,INC | R | | $28,000.00 | |
| NEW WORLD ANIMATION (NW COMMUNICATIONS GROU | W | | $5,221.00 | $3,067,016.20 |
| NEW WORLD COMMUNICATIONS GROUP | W | | $57,956.64 | |
| NEW WORLD ENTERTAINMENT | W | | | $473,327.51 |
| NHL ENTERPRISES | W | | | $378,795.00 |
| NHL PLAYERS ASSOCIATION | W | | | $475,474.00 |
| NILCO S.A. | R | | | $7,622.71 |
| NORTH JERSEY TANK LINES, INC. | W | | $3,871.00 | $3,046.80 |
| NORTHCENTRAL MS. ELECTRIC POWER | W | | $41,761.00 | |
| NORTHWESTERN COLOR GRAPHICS | W | | $932.00 | $23,163.16 |
| NYNEX | R | W | $17,311.53 | $215.15 |
| O'CONNELL, FRANCIS J | R | W | $1,290,000.00 | $100,000.00 |
| OGILVY & MATHER | R | | $25,677.08 | |
| OHIO COIN INVESTMENTS | W | | | $27,028.00 |
| OLEN HARVEY & CO | W | | | $14,842.00 |
| ONTARIO INC. | W | | $32,966.51 | $28,386.08 |
| ORTIZ INTERNATIONAL, INC. | R | | $5,909.00 | |
| PADNOS, SANDRA WILDMAN | W | | $763.00 | $22,782.41 |
| PALLOS, CHARLES R. | R | | | $4,742.00 |
| PANICCIA, MARK | W | | $5,572.26 | $25,854.47 |
| PAPER ENTERPRISES INC | W | | $95,918.59 | $29,972.69 |
| PARAMOUNT PACKAGING LLC | R | W | | $19,149.00 |
| PARK CUSTOM MOLDING, INC. | W | | | $31,399.75 |
| PAUL WEISS RIFKIND ET AL | R | | $46,747.05 | |
| PDS INTERNATIONAL | W | | $6,457.45 | $17,942.15 |
| PERFORMANCE LICENSING CO. | R | | | $4,125.00 |
| PERRIN, DAVID | R | | | $4,079.00 |
| PETER GREEN DESIGN STUDIOS INC | W | | $21,793.62 | $5,195.10 |
| PIONEER WAREHOUSE CORP | W | | $10,912.00 | $2,032.44 |
| PLANET STUDIOS INC | R | W | $4,213.26 | $7,627.61 |
| POLAROID CORPORATION | W | | $3,743.95 | $3,359.00 |
| POSTMASTER    (PLATTSBURGH) | W | | | $30,000.00 |
| POSTMASTER - CAPE GIRADEAU | W | | | $11,100.00 |
| POTTS, KAREN R | R | | | $4,924.00 |
| PR NEWSWIRE ASSOCIATION INC. | W | | $2,821.50 | $4,308.50 |
| PREPRESS SOLUTIONS, INC | R | | $8,742.27 | |
| PRINCETON CREDIT CORPORATION | R | | | $4,086.00 |
| PRINTPACK INC. | W | | $60,973.01 | $109,780.64 |
| PROBE, KATHLEEN | W | | $3,826.00 | $6,500.00 |
| PRODUCTORA COMERCIALIZADORA | W | | | $74,806.00 |
| PROFTECH CORP | W | | $4,808.09 | $8,285.58 |
| PROSKAUER ROSE GOETZ & MENDEL | R | | $5,009.13 | |

Marvel Avoidance Litigation Trust
Schedule of Complaints Filed
Total Preferences and Post Petition Payments

| Defendant | Law firm filed | Conflicts | Preferential Transfers (Count I) | Postpetition Transfers (Count II) |
|---|---|---|---|---|
| PRUDENTIAL RELOCATION MGMT | R | W | $5,667.00 | $86,060.37 |
| PUBLISHERS CLEARING HOUSE | W | | | $53,168.34 |
| QUAD GRAPHICS INC | W | | $339,968.59 | $255,374.68 |
| QUANTUM COLOR GRAPHICS, L.L.C | W | | | $17,219.00 |
| QUARTON GROUP, THE | W | | | $12,956.00 |
| QUEEN CITY BOOK STORE | R | | | $4,316.00 |
| R J REYNOLDS TOBACCO CO, INC. | R | | | $5,000.00 |
| R.P. MOTORSPORTS,INC. | R | | | $6,250.00 |
| R.P. PRODUCTS, INC. | W | | | $27,415.00 |
| RAJDOVICH, THOMAS | R | | | $6,423.00 |
| RALPH MARLIN COMPANY | W | | $1,069.00 | $11,907.50 |
| RECOGNITION SYSTEMS | W | | $13,588.46 | $1,904.99 |
| REDLINE SPORTS MARKETING, INC. | R | | | $7,000.00 |
| REFINED SUGARS, INC. | W | | | $40,284.38 |
| RELIABLE SYSTEMS CORP. | W | | $1,800.00 | $5,311.03 |
| REVLON, INC. | R | W | $44,557.00 | |
| RHC CONSULTANTS, INC. | W | | $4,357.00 | $31,648.68 |
| RICCI, VERO | R | | $7,818.04 | |
| RKM, INC. | R | | | $6,250.00 |
| ROBERT J. HARDEN SECURITY | R | | | $8,491.14 |
| ROCKETT BURKHEAD LEWIS & WINSLOW | W | | $250,187.00 | $321,651.13 |
| ROHFLING, LARY DEAN | W | | | $17,662.00 |
| ROSE, GEOFF | R | | | $4,231.00 |
| ROSENBERG, SCOTT M | R | W | | $97,935.00 |
| RR DONNELLY RECEIVABLES | R | W | | $343,746.10 |
| RUBIN, JAY A | R | | | $5,020.00 |
| RUTT, PAMELA K | W | | | $66,548.00 |
| SCG STUDIO COLOUR GROUP INC. | R | | $9,338.35 | |
| SCHUMAN PROPERTIES | W | | | $21,992.62 |
| SCORE BOARD, INC | | | $21,200.00 | |
| SCRYE, INC. | W | | $3,000.00 | $3,000.00 |
| SEGA OF AMERICA, INC | R | W | | $300,000.00 |
| SEMEIKS, VALDIS | R | | | $5,614.00 |
| SERIGRAPH INC | W | | | $122,234.17 |
| SFC GRAPHICS INC | W | | | $10,615.96 |
| SHAHEEN, DANIEL | R | | | $4,231.00 |
| SHAPIRO & ALLEN | R | | $6,682.37 | |
| SHELBY ELECTRIC CO., INC | W | | | $17,323.94 |
| SHELL, LAWRENCE | R | | | $4,900.00 |
| SHOREWOOD PACKING CORP. OF CANADA LTD. | R | | $55,946.80 | |
| SHOWERS, JON J | W | | | $31,565.07 |
| SHRINK PACKAGING SYSTEMS CORP | R | | | $6,486.90 |
| SICIGNANO, RENEE | R | | | $9,540.00 |
| SIGLER, RICHARD | R | | | $7,940.00 |
| SIMMONS MARKET RESEARCH BUREAU, INC. | W | | | $43,646.20 |
| SIMPSON THACHER & BARTLETT | R | W | | $194,618.06 |
| SKADDEN,ARPS,SLATE,MEAGH &FLO | T | | $878,188.00 | |
| SKROCE, STEVE | R | | | $8,878.00 |
| SMITH, ALAN | W | | | $13,410.00 |
| SMITH, TOMMIE E | R | W | $450,000.00 | $167,910.00 |

Marvel Avoidance Litigation Trust
Schedule of Complaints Filed
Total Preferences and Post Petition Payments

| Defendant | Law firm filed | Conflicts | Preferential Transfers (Count I) | Postpetition Transfers (Count II) |
|---|---|---|---|---|
| SNYDER, IRENE | R | W | | $11,470.00 |
| SNYDER, IVAN | R | W | $21,000.00 | $78,968.00 |
| SNYDER, KEITH | R | W | | $34,459.00 |
| SOSNICK COMPANY, THE | W | | | $210,207.00 |
| SOURCE INTERNATIONAL INC., THE | R | | | $5,000.00 |
| SOUTH SIDE CARTING CO., INC | W | | | $11,828.44 |
| SOUTHERN ELECTRIC SUPPLY CO | W | | $1,379.83 | $5,298.94 |
| SPAR/BURGOYNE RETAIL SERVICES, INC. | W | | | $25,300.00 |
| SPC INC. | W | | | $11,502.00 |
| SPECIALISTS LTD., THE | R | | $7,487.23 | |
| SPECIALTY BUSINESS MACHINES | W | | $1,205.37 | $8,206.72 |
| SPIDERWEB ART | W | | | $47,866.67 |
| SPIRO WALLACH COMP INC. | W | | $754.45 | $6,569.78 |
| SRDS | R | | $7,452.00 | |
| SSI (US) INC DBA SPENCERSTUAR | R | | $24,646.00 | |
| STALWAUD INC | W | | | $20,891.00 |
| STANDARD FOLDING CARTONS, INC | C | W | $50,974.83 | $202,593.53 |
| STEWART, TERRY | R | | $31,300.00 | $1,675.89 |
| STONE CONTAINER CORP | R | | | $6,507.81 |
| STRAHLBERG FUNSTRASSE | R | | | $4,736.00 |
| STROOK, STROOK, & LAVAN LLP | R | W | | $16,937.67 |
| SUPER SHOW, THE | R | | $8,750.00 | |
| SUPERHERO ENTERPRISES, INC | W | | $68,687.50 | |
| SUPERIOR COMPUTER SERV. INC. | W | | | $22,000.00 |
| SUPERVALU INC | W | | | $56,599.00 |
| SUSAN T. CLARKE CATCHEROES WORLDORD GRAPHIC | R | | | $6,400.00 |
| SWEETENERS PLUS, INC. | R | | $99,130.33 | |
| SYSTEMS SOLUTIONS, INC. | W | | | $11,165.50 |
| TAICO DESIGN PRODUCTS, INC | W | | $28,504.00 | $142,451.26 |
| TALENT FORCE | R | | $5,482.00 | |
| TAYLOR GREY INC. | W | | | $7,500.00 |
| TAYLOR, LEE ANN | W | | | $40,089.00 |
| TECH RIDGE, INC. | W | | | $10,730.00 |
| TEMPRO SERVICES INC | W | | $51,669.00 | $30,925.07 |
| THOMAS ABRAMSON/VISIONWORKS | W | | | $30,000.00 |
| THUNDERBIRD LABEL CORP | R | | $9,691.25 | |
| TIME DISTRIBUTION SERVICES | W | | $2,385,462.00 | $1,107,688.71 |
| TODAY'S GRAPHICS, INC | W | | $2,200.00 | $3,228.00 |
| TOP DOG MARKETING | R | | $6,844.00 | |
| TRANSCORPS ENTERPRISES, INC | W | | $7,791.00 | $839.00 |
| TRANSWORLD MARKETING | R | | $45,281.00 | |
| TRIO PACKAGING CORP | W | | $35,568.00 | $9,200.99 |
| TUMMINELLO, LAWRENCE | R | | | $7,634.00 |
| TURK, JANICE | R | | | $7,176.00 |
| ULTRA FLEX PACKAGING CORP | W | | | $25,982.90 |
| UNGARETTI & HARRIS | R | | $10,037.00 | |
| UNICORN PUBLISHING HOUSE INC | R | W | $4,221.00 | $1,000.00 |
| UNISTAR | W | | | $53,543.52 |
| UNIVERSE PUBLISHING | R | | | $9,208.00 |
| VDS | R | | $6,745.00 | |

## Marvel Avoidance Litigation Trust
### Schedule of Complaints Filed
### Total Preferences and Post Petition Payments

| Defendant | Law firm filed | Conflicts | Preferential Transfers (Count I) | Postpetition Transfers (Count II) |
|---|---|---|---|---|
| VEGA, CYNTHIA L | R | | | $4,364.00 |
| VEREEN, BRENDA P | W | | | $16,523.00 |
| VIEWPOINT DATA LABS INT'L INC | R | | | $7,754.98 |
| VITALE, KAREN | R | | | $9,710.00 |
| W.R. FANT | W | | | $56,210.45 |
| WAFY GRAPHICS | W | | | $41,200.00 |
| WALDEN BOOK COMPANY INC. | W | | | $30,151.00 |
| WALGREEN CO | W | | | $21,241.00 |
| WALKER WHOLESALE CO | R | | | $5,648.00 |
| WALKER, GERALDINE E | R | | | $6,551.00 |
| WALLACE, SHERRLYN F | W | | | $31,293.00 |
| WALT DISNEY COMPANY | W | | $8,403.00 | $3,245.00 |
| WARLOW, MICHAEL | W | | | $51,373.05 |
| WATER AUTHORITY WEST NASSAU CO. | R | W | $3,429.00 | $3,378.44 |
| WEBCRAFT TECHNOLOGIES | W | | | $47,679.28 |
| WEBSOURCE | W | | $1,775.75 | $22,693.63 |
| WELSH, DONALD E | W | | | $225,000.00 |
| WHEELER, JAMES E | W | | | $19,380.00 |
| WILLOW INTERNATIONAL SOURCING | W | | $468,703.40 | $540,569.82 |
| WILSON CASE, INC. | R | | $8,893.00 | |
| WYCON CORP | W | | | $15,954.77 |
| XEROX, CORP. | W | C | $30,725.14 | $32,169.42 |
| YANCEY C. LABAT | R | W | | $6,233.00 |
| ZIFFREN, BRITTENHAM, BRANCA & FISCHER | R | W | $77,737.33 | |

# of Defendants:        474                              16,849,960.68    23,181,427.47

# EXHIBIT B

Marvel Avoidance Litigation Trust
Schedule of Complaints Instructed Not to Pursue
Total Preferences and Post Petition Payments

| Defendant | Law firm filed | Conflicts | Preferential Transfers (Count I) | Postpetition Transfers (Count II) |
|---|---|---|---|---|
| 387 PAS ENTERPRISES | | | | $113,401.00 |
| A. C. NIELSEN | | | | $71,440.50 |
| A. SALLUSTRO | | | $930,539.70 | |
| A.I. FRIEDMAN INC. | | | $5,693.44 | $3,449.19 |
| ACCOUNTEMPS | R | | | $5,309.60 |
| AMERICAN BANKER BOND | | | $39,186.73 | $39,186.73 |
| AMERICAN COLOR | | | $29,939.10 | $72,856.45 |
| AMERICAN EXPRESS - BTA | | | | $57,871.00 |
| AMERICAN EXPRESS CORPORATE | | | | $10,938.00 |
| ANDERSON, NICK | | | $12,500.00 | |
| ANTHONY INZERILLO DBA THE SPORTING VIEWS | | | $10,367.80 | |
| ARENA DESIGN | | | $3,500.00 | $26,639.00 |
| ARNIE SAWYER STUDIOS INC | | | $217,056.42 | |
| AT&T | | | $6,396.85 | $16,057.32 |
| AUTOMATIC DATA PROCESSING | | | $1,353.95 | $6,047.58 |
| B & H PHOTO VIDEO | | | $10,862.20 | $1,991.00 |
| BARREDA MILLER ABOGADOS | | | $27,281.00 | |
| BASEBALL WEEKLY | | | $5,909.00 | |
| BASSFORD, N.L., JR. | | | $18,000.00 | |
| BECKETT PUBLICATIONS | | | | $38,566.05 |
| BEST EQUIPMENT | | | $298.07 | $6,234.00 |
| BLUE CROSS/BLUE SHIELD | | | | $17,514.46 |
| BONGOTONE, INC | | | $38,200.00 | $100.00 |
| BORDEGON, BILL | | | $2,128.00 | $158.00 |
| BUCCELLATO, STEPHEN J | R | | | $9,848.00 |
| BUTLER, STEPHEN | R | | | $8,000.00 |
| BWC CHROME LABS | | | $10,274.00 | $374.00 |
| C & H PACKAGING, CO. | | | $196,393.00 | $93,633.90 |
| CAGE GRAPHICS ARTS | | | $15,659.00 | $129,082.94 |
| CALERO, DENNIS | | | $11,330.00 | $4,300.00 |
| CAMBRIDGE GROUP INC., THE | | | $77,380.00 | $142,985.39 |
| CELEBRITY FOCUS | | | $46,875.00 | |
| CIOLKO, EDWARD W | | | $3,360.00 | $14,500.00 |
| CLAUD DAVIS ENGRAVING INC. | | | $23,689.00 | |
| CNA INSURANCE COMPANIES | | | $5,588.00 | $2,704.56 |
| COLORITH CORP | | | $5,656.00 | $91,409.00 |
| COLUMBIA INVESTMENT BUILDERS, INC. | | | $8,988.00 | |
| COMPUSULT DBA PRODUCTIVITY POINT INT'L | | | $7,300.00 | |
| CON EDISON | | | | $15,254.69 |
| CONTEMPORARY STAFFING SOLUTIONS | | | $2,940.00 | $35,070.23 |
| CORESTATES BANK, N.A. | | | $26,827.41 | $3,641.00 |
| CORPORATE EXPRESS | | | $2,165.37 | $12,950.51 |
| CORPORATE HEALTH ADMINISRATOR | | | $7,125.00 | $64,379.18 |
| CS COMMUNICATIONS,L.P. | | | $8,925.00 | |
| DANIEL & CIA | | | $880.00 | |
| DANN DORFMAN & SKILLMAN | | | $8,150.00 | $4,093.31 |
| DANNER PRESS CORPORATION | | | $124,995.04 | $695,894.09 |
| DEE PAPER COMPANY | | | $155,221.65 | $334,200.33 |
| DELAWARE SECRETARY OF STATE | | | $23,516.00 | |

## Marvel Avoidance Litigation Trust
### Schedule of Complaints Instructed Not to Pursue
### Total Preferences and Post Petition Payments

| Defendant | Law firm filed | Conflicts | Preferential Transfers (Count I) | Postpetition Transfers (Count II) |
|---|---|---|---|---|
| DIAMOND COMIC DIST INC | | | $14,510.00 | $6,000.00 |
| DIGITAL CHAMELEON | | | $11,730.00 | $47,757.00 |
| DIGITAL COLOR IMAGE CO | | | $200.00 | $102,980.68 |
| DISGUISE INC | | | $35,690.00 | |
| DISTRIBUTION ARCHITECTS INT'L | | | $1,431.00 | $15,365.44 |
| DUN & BRADSTREET | | | $8.33 | $5,335.82 |
| DYNAMIC GRAPHICS | | | | $66,609.08 |
| EASTMAN KODAK COMPANY | | | $114,577.60 | $15,773.69 |
| EL CAMINO RESOURCES LTD | | | $1,125.00 | $5,239.05 |
| ELIAS SPORTS BUREAU INC | | | $9,800.00 | |
| ELZABURU SA | | | $5,403.90 | $1,979.00 |
| ENOR CORP | | | $9,915.00 | $6,372.00 |
| ETHERIDGE COMPANY | | | $95,540.18 | $21,784.50 |
| FADDEN, DEBRA | | | $7,314.00 | $6,229.20 |
| FEDERAL EXPRESS CORPORATION | | | $94,079.24 | $42,206.42 |
| FEELEY, EDMUND J | | | | $3,742.00 |
| FERRY ASSOCIATES, INC. | | | $19,969.00 | $24,827.57 |
| FICHAUD, ERIC | R | | | $4,000.00 |
| FIRST UNUM LIFE INSURANCE CO | | | $21,045.89 | |
| FOX, RICK | | | $7,500.00 | |
| FOX, ROTHSCHILD, OBRIEN, FRANKEL | | | $7,373.00 | $8,895.10 |
| FREIGHT BROKERS INTERNATIONAL | R | | | $4,703.00 |
| FREIGHT TRAFFIC SERVICES | R | | | $5,863.58 |
| FTS FREIGHT PAYMENT PLAN | | | $4,900.76 | $9,416.92 |
| GARRISON, ERIC | | | $216.00 | $8,032.30 |
| GES EXPOSITION SERVICES | R | | | $4,984.00 |
| GRAFIKA COMMERCIAL PRINTING, INC. | | | $18,500.00 | $10,704.81 |
| GRAPHIC ART SERVICE | | | $154,708.00 | $95,226.25 |
| GRAPHIC CONVERTING | | | $129,104.00 | $125,842.76 |
| GREAT WESTERN PRESS, INC | | | $174,295.24 | $2,021,308.26 |
| GREENBERG TRAURIG HOFFMAN | | | $82,861.14 | |
| HACK SHACK STUDIOS | W | | $4,158.00 | $16,373.00 |
| HARRISON, LEE HECHT | | | $16,000.00 | |
| HEWITT ASSOCIATES, LLC | | | $1,936.00 | $6,808.00 |
| ICON CMT CORP. | | | $31,726.02 | $6,507.50 |
| IMAGING SYSTEMS, INC | | | $64,266.00 | $299,788.00 |
| IMPRIMERIE QUEBECOR MONTREAL | | | $427,701.82 | $14,484.47 |
| JAMES BUNTING ASSOCIATES | | | $32,443.00 | $80,798.07 |
| JD INVESTIGATIONS, INC. | | | $18,038.00 | $12,379.57 |
| KAPLAN, JEFFREY L | | | $250,000.00 | |
| KATZ DIGITAL TECHNOLOGIES, INC | | | $7,629.60 | $177.00 |
| KELLY SERVICES, INC. | | | $36,247.59 | $5,645.24 |
| KENYON & KENYON | | | | $14,005.45 |
| KEVIN T. HANEY/IMAGE FOUNDATION | | | $18,000.00 | |
| KIRBY, ROSALIND | | | | $120,000.00 |
| KRAUSE PUBLICATIONS, INC | | | $3,840.42 | $40,995.14 |
| LADAS & PERRY | | | $13,667.00 | $19,110.45 |
| LAZER PHOTO ENGRAVING, INC. | | | | $263,859.54 |
| LEADER GRAPHICS INC | | | $1,245.00 | $48,120.00 |
| LECLAIR, JOHN | | | $5,000.00 | |
| LEHIGH PRESS INC, THE | | | $284,223.75 | $374,271.04 |

### Marvel Avoidance Litigation Trust
### Schedule of Complaints Instructed Not to Pursue
### Total Preferences and Post Petition Payments

| Defendant | Law firm filed | Conflicts | Preferential Transfers (Count I) | Postpetition Transfers (Count II) |
|---|---|---|---|---|
| LENSCRAFTERS, INC | | | $8,675.93 | $13,687.51 |
| LETTER GRAPHICS | | | $11,811.00 | $12,847.00 |
| LETTERHEAD PRESS INC | | | $37,566.00 | $72,578.00 |
| LEWANDOWSKI, JOHN J | | | | $15,529.00 |
| MACWAREHOUSE | | | $6,179.65 | $257.95 |
| MADA DESIGN | | | $37,480.00 | $57,370.00 |
| MAJOR LEAGUE BASEBALL PLAYERS ASSOC | R | | | $4,860.00 |
| MAJOR LEAGUE BASEBALL PROPERTIES INC | | | | $506,800.00 |
| MALIBU CANYON OFFICE PARTNERS | | | $6,147.78 | $101,146.98 |
| MCI TELCOMMUNICATIONS | | | | $52,521.15 |
| MCI TELCOMMUNICATIONS NE | | | | $56,093.45 |
| MCKENNA, MARK | R | | | $7,063.50 |
| MCLEAN PACKAGING CORP | | | $37,585.00 | $4,865.00 |
| MODERN IMAGING | | | $31,993.00 | $223,668.02 |
| MORRISON COMMUNICATIONS CO | | | $7,699.00 | |
| MOTORSPORT TRADITIONS LTD PARTNERSHIP | R | | | $4,500.00 |
| NATIONAL FOOTBALL LEAGUE PLAYERS INC | | | | $10,000.00 |
| NATIONAL GRAPHICS INC | | | $562,766.00 | |
| NATIONAL MEDIA GROUP INC | | | $66,512.00 | $102,500.00 |
| NATIONWIDE CELLULAR SERVICE | R | | | $7,253.48 |
| NBA ENTERTAINMENT, INC | | | | $552,205.00 |
| NBA PROPERTIES, INC. | | | | $3,514,222.47 |
| NEW YORK TELEPHONE COMPANY | | | | $12,501.58 |
| NEWSOM GRAHAM HEDRICK & KENNON | | | $23,247.00 | $18,301.40 |
| NIELSON, CLIFF | | | $10,000.00 | |
| NOCON, CEDRIC | | | | $875.00 |
| NOCON, CEDRIC A | | | | $17,303.00 |
| NORTHEAST GRAPHICS INC | | | $12,122.00 | $8,655.00 |
| OUTLOOK GRAPHICS CORP. | | | $105,232.00 | $13,056.76 |
| OVERSEAS SERVICE CORPORATION | R | | | $6,532.00 |
| PARAMOUNT MERCHANDISING | R | | | $8,444.45 |
| PEPPER, HAMILTON & SCHEETZ | | | $6,203.00 | |
| PERLFRAN REALTY | | | $43,046.00 | |
| PHILLIES | R | | | $4,692.00 |
| PLAZA ARTIST MATERIALS, INC. | | | $35,185.03 | $16,176.01 |
| POCERNIK, KAREN | | | $5,531.00 | |
| PROFESSIONAL HOBBY CONSULTANTS | | | $390.00 | $18,000.00 |
| PROLAM | | | $5,235.00 | |
| PRUDENTIAL, INS. | | | $19,647.96 | $12,423.64 |
| PSS TRANSPORTATION, INC. | | | $2,360.00 | $7,908.70 |
| QUEBECOR PRINTING | | | | $536,921.68 |
| QUEBECOR PRINTING MONTREAL | | | | $1,394,384.11 |
| QUEBECOR PRINTING ST PAUL INC | | | $511,262.00 | |
| QUEBECOR PRINTING WAREHOUSE | | | $87,750.39 | $86,709.66 |
| REALTIME PUBLICATION SERV. | | | $64,267.52 | $20,854.27 |
| RECOGNITION SERVICES | | | | $23,902.33 |
| REMBRANDT | | | | $15,187.00 |
| RESEARCH INSTITUTE OF AMERICA | | | $6,127.00 | $3,108.94 |

## Marvel Avoidance Litigation Trust
### Schedule of Complaints Instructed Not to Pursue
### Total Preferences and Post Petition Payments

| Defendant | Law firm filed | Conflicts | Preferential Transfers (Count I) | Postpetition Transfers (Count II) |
|---|---|---|---|---|
| RESEARCH PACKAGING INC | | | $56,865.74 | $204,929.51 |
| RESOURCENET INTERNATIONAL METRO NY | | | $30,316.00 | |
| ROSEN & READE LLP | | | | $16,376.85 |
| RUSTY WALLACE INC | | | $31,250.00 | $31,250.00 |
| SAKIC, JOE | R | | | $8,500.00 |
| SHRAGER, SARA BETH | R | | | $5,168.19 |
| SIGNAL DESIGN, INC | | | | $98,660.00 |
| SKYBOX INT'L | | | | $743,770.18 |
| SMALL BUSINESS SERVICE CENTER | | | $13,497.00 | $29,097.32 |
| SNYDER, STEPHEN | | | | $46,386.00 |
| SPORTS CHROME INC | | | $3,480.00 | $9,370.00 |
| STAN LEE DBA SL PRODUCTIONS | | | | $10,416.67 |
| STAR PACKAGING, CORP | | | $34,657.00 | $45,095.70 |
| STARKINGS, R. DBA COMCRAFT | | W | | $30,151.00 |
| STONER BUNTING ADVERTISING | | | $6,709.14 | |
| STRICKLAND, ROD | | | $17,500.00 | |
| STRINE PRINTING, INC | | | $436,299.00 | $370,056.35 |
| STYLUS WRITING INSTRUMENT CO | | | $308.11 | $5,581.61 |
| SULLIVAN GRAPHICS INC (AMERICAN COLOR GRAPH | | | $957,015.59 | $498,587.77 |
| SUPERIOR GRAPHICS | | | $29,308.00 | $12,601.00 |
| SUPPORTING CAST, THE | | | $9,683.64 | $35,584.27 |
| TAL DONOVAN, INC | | | $112,511.00 | $22,366.26 |
| TEXTILE PRINTING CO | | | $109,841.12 | $7,359.60 |
| TM GROUP GRAPHIC SERV, THE | | | $132,967.00 | $207,214.00 |
| TOP COW PRODUCTIONS, INC | | | | $62,600.00 |
| TOPPAN PRINTING COMPANY | | | $72,185.00 | $24,128.50 |
| TORREZ, LARRY R | R | | | $9,672.00 |
| TOWNSEND, TIM | R | | | $5,771.50 |
| TOY BIZ MERCHANDISING, CORP | | | | $29,804.96 |
| TOY BIZ, INC | | | | $206,403.74 |
| TP COLOR LITHOGRAPHERS | | | $6,224.00 | |
| TRIMPE, HERBERT W | R | | | $8,602.00 |
| TRIUNE COLOR CORPORATION | | | $100,717.67 | $150,267.03 |
| TUFF STUFF | | | $19,274.00 | $15,250.00 |
| UNITED PARCEL SERVICE | | C | $2,350.80 | $585,756.34 |
| UNITED PARCEL SERVICE (KY) | | | $118.75 | $1,506.37 |
| UNITED STATES RECYCLING,INC | | | | $55,611.48 |
| UPS YAMATO PARTNERSHIP USA | | | | $47,191.29 |
| US HEALTHCARE | | | $66,435.80 | $104,243.70 |
| WAID, MARK | W | | | $10,559.00 |
| WARNER BROTHERS CONSUMER PRODUCTS | | | $265,766.00 | $252,288.00 |
| WESTVACO CORP | | | $107,010.77 | $409,657.88 |
| WILLIAMS TELECOMMUNICATIONS | | | $92.01 | $10,776.70 |
| WINN, ANTHONY | | | | $20,181.00 |
| WIZARD PRESS | | | $13,950.00 | $18,600.00 |
| WOLF BLOCK SCHORR SOLIS | | | $15,151.00 | $6,013.36 |
| WORLD COLOR PRESS INC | | | $28,745.00 | $16,714.52 |
| WRAPIT | | | $625.00 | $5,594.98 |
| XCLUSIVE IMAGING | | | $93,675.00 | $116,555.00 |

## Marvel Avoidance Litigation Trust
### Schedule of Complaints Instructed Not to Pursue
### Total Preferences and Post Petition Payments

| Defendant | Law firm filed | Conflicts | Preferential Transfers (Count I) | Postpetition Transfers (Count II) |
|---|---|---|---|---|
| YABLONSKY, BRYAN | | | $10,647.00 | $23,366.47 |
| YARMARK, ANNE L | R | | | $4,540.53 |
| YONG-CHUL, JAMES LEE | | | $244,081.00 | $102,844.00 |
| YUASA AND HARA | | | $36,141.04 | $3,967.68 |

# of Defendants:     201                          9,187,788.65     18,437,478.26

# EXHIBIT C

## Marvel Avoidance Litigation Trust
### Actions Filed, Subsequently Instructed Not to Pursue
### Total Preferences and Post Petition Payments

| Defendant | Law firm filed | Conflicts | Preferential Transfers (Count I) | Postpetition Transfers (Count II) |
|---|---|---|---|---|
| BADGER, MARK | R | | | $4,000.00 |
| BENNETT, JOE C/O ARTS AND | R | | | $5,920.00 |
| BORRAS, SERGIO MELIA | R | | | $5,874.00 |
| BUCKINGHAM, MARK | R | | | $5,568.00 |
| CAMPOS, MARC | R | | | $6,813.00 |
| CASTELLINI, CLAUDIO | W | | | $36,780.00 |
| CHEUNG, JIM | R | | | $6,624.00 |
| CLEANING SERVICE INDUSTRIES | R | | $19,188.67 | |
| CROSSLANDS TRANSPORTATION, INC | W | | $43,360.14 | $24,707.91 |
| D M L BOYLE REPRODUCTIONS | W | | | $20,663.15 |
| DEACONS GRAHAM & JAMES | W | | $38,444.93 | $14,293.41 |
| DEODATO, MICHAEL | W | | | $19,256.15 |
| DIALAMERICA MARKETING, INC. | W | | | $50,688.57 |
| DREW & NAPIER | R | | | $4,047.00 |
| ELLIS, WARREN | R | | | $9,350.00 |
| ERICKSON, MARK | W | | | $105,000.00 |
| EXTREME STUDIOS | W | | | $42,000.00 |
| FAWAZ, JOHN | W | | | $27,310.00 |
| FRENZ, RONALD WADE | R | | | $5,760.00 |
| GOLDRING DISPLAY GROUP, INC. | R | | | $9,321.00 |
| GROSS, DAERICK | R | | | $4,540.00 |
| GSC ENTERPRISES INC | W | | | $40,260.00 |
| HACK SHACK STUDIOS | W | | $4,158.00 | $16,373.00 |
| HANNA, SCOTT D | R | | | $4,292.00 |
| HITCH, BRYAN | R | | | $6,150.00 |
| ICAZA GONZALEZ-RUIZ & ALEMAN | R | | | $5,764.00 |
| JOHN FRANCIS MOORE INC | R | | | $7,349.00 |
| KENNEDY GROUP, THE | W | | $7,500.00 | $20,139.50 |
| KODANSHA LTD | W | | | $21,350.00 |
| LAGUNA, FABIO | R | | | $4,570.00 |
| LARRY HAMA DBA DETH DEALER | R | | | $5,614.00 |
| LARSEN, ERIK | R | | | $9,846.00 |
| LASERMACH INC | R | | | $6,900.00 |
| LEE AND LI | R | W | | $13,802.00 |
| LICHTNER, CHRISTIAN P. | R | | | $9,626.00 |
| LIEFIELD, ROB | R | | $690.60 | $2,770.50 |
| MARC PHILLIP BODNER/MANUSEVITZ | R | | | $4,248.00 |
| MARTIN COOK ASSOCIATES, LTD. | W | | | $72,135.36 |
| MARTINEZ, SALVADOR LARROCA | W | | | $12,707.02 |
| MICHAEL TEITELBAUM DBA TOWN BROOK PR | W | | $90,000.00 | $166,470.00 |
| MY SPORT! PRODUCTS, INC. | W | | $22,419.00 | $46,218.53 |
| NEARY, PAUL | R | | | $4,329.50 |
| SEMEIKS, VALDIS | R | | | $5,614.00 |
| SHELL, LAWRENCE | R | | | $4,900.00 |
| SKROCE, STEVE | R | | | $8,878.00 |
| SPIDERWEB ART | W | | | $47,866.67 |
| STRAHLBERG FUNSTRASSE | R | | | $4,736.00 |
| WAID, MARK | W | | | $10,559.00 |
| YANCEY C. LABAT | R | W | | $6,233.00 |

Marvel Avoidance Litigation Trust
Actions Filed, Subsequently Instructed Not to Pursue
Total Preferences and Post Petition Payments

| # of Defendants | 49 | 225,761.34 | 978,217.27 |