# EXHIBIT D

## Marvel Avoidance Litigation Trust
### Summary of Settled Actions

| Defendant | Law firm filed | Preferential Transfers (Count I) | Postpetition Transfers (Count II) | Status | Settlement Amount |
|---|---|---|---|---|---|
| A.F.T. CORP DBA ANDRESEN DIGIT | R | $6,285.25 | | S | 6,285.00 |
| ABF FREIGHT SYSTEM INC. | W | | $15,371.47 | S | 3,300.00 |
| ABLEST SERVICE CORP. | W | $73,452.05 | $23,834.44 | S | 40,000.00 |
| ACCURATE PAPER RECYCLING,INC. | R | $14,240.00 | | S | 8,544.00 |
| ACT DATA SERVICES, INC. | W | $1,159.68 | $4,200.55 | S | 2,000.00 |
| ADELSON ENTERTAINMENT, INC. | W | | $24,972.25 | S | 2,500.00 |
| AEP FLEXO, INC. | T | $28,094.00 | | S | 4,256.00 |
| AFFILIATED FOODS COOPERATIVE | W | | $47,308.00 | S | 14,000.00 |
| ALLIANCE BROKERAGE GROUP | R | $17,053.00 | | S | 4,000.00 |
| ALLIANCE SERVICES CORP. | R | $7,265.00 | $2,705.00 | S | 1,500.00 |
| ALVIMAR MFG. CO., INC. | W | | $49,625.44 | S | 17,500.00 |
| AMERICAN AIRLINES | R | $20,659.00 | | S | 499.10 |
| AMERICAN BANK NOTE | W | $39,829.00 | $105,436.70 | S | 40,000.00 |
| AMERICAN CREDIT INDEMNITY | R | | $5,525.77 | S | 4,696.50 |
| AMERICAN NEEDLE & NOVELTY CO. | W | $1,858.32 | $3,795.00 | S | 4,000.00 |
| AMERICAN PACKAGING CORP | W | $18,291.00 | $15,975.20 | S | 8,000.00 |
| AP3C ARCHITECTS,INC. | W | $14,989.00 | $7,221.00 | S | 3,100.00 |
| ARCHER DANIELS MIDLAND CO. | W | $28,919.00 | $56,287.00 | S | 15,000.00 |
| ARGONAUT INSURANCE COMPANY | W | | $281,477.00 | S | 101,644.00 |
| ART KRAFT CONTAINER CORP. | W | $15,538.85 | | S | 10,877.00 |
| ASSOCIATED PACKAGING, INC. | W | $1,252.00 | $6,674.12 | S | 5,945.00 |
| AUDIO VIDEO SYSTEMS INC (NY) | R | | $4,589.80 | S | 2,294.90 |
| AUTHENTIC IMAGES | R | | $4,275.00 | S | 4,531.50 |
| BABINEAU, STEVE | R | | $5,150.00 | S | 3,399.00 |
| BALFOUR PHOTOGRAPHY | R | $4,452.69 | | S | 1,500.00 |
| BATES DESIGN INC., AKA BATES INC. | W | | $65,594.02 | S | 30,000.00 |
| BAUM PRINTING CO | W | $26,278.00 | $2,079.00 | S | 19,849.90 |
| BECKETT SPORTS CARDS, INC. | W | | $788,290.13 | S | 50,000.00 |
| BERRY PLASTICS CORP | W | $14,368.00 | $47,583.84 | S | 17,200.00 |
| BICKNELL & FULLER | W | $16,309.04 | $16,598.69 | S | 12,500.00 |
| BIG APPLE TECHNOLOGIES | R | $11,068.56 | | S | 5,534.28 |
| BILL COLE ENTERPRISES | R | | $7,208.00 | S | 2,000.00 |
| BLACKMAN & CO. | W | $24,362.00 | $12,678.00 | S | 22,224.00 |
| BOX USA | W | $33,301.00 | $20,040.62 | S | 30,000.00 |
| BRIODY & WATSON INC | W | $13,113.32 | $19,364.61 | S | 6,800.00 |
| BRUNZ, NANETTE C. | R | | $4,200.00 | S | 850.00 |
| BURTON, WARD | R | | $5,000.00 | S | 2,750.00 |
| CADMUS FINANCIAL (SPECIALTY PACKAGING) | W | $28,936.00 | $125,436.52 | S | 75,629.41 |
| CANDYCOLOR DE MEXICO SA DE CV | W | $81,836.00 | $14,119.00 | S | 10,000.00 |
| CANNON EQUIPMENT COMPANY | R | $6,504.00 | | S | 3,000.00 |
| CAPITAL PRINTING SYSTEMS INC | W | $13,753.18 | $9,856.16 | S | 11,804.67 |
| CASTLE OIL CORP | W | | $24,932.13 | S | 3,000.00 |
| CATALINK DIRECT INC (MA) | W | $39,604.14 | $9,626.95 | S | 17,000.00 |
| CCW PRODUCTS, INC. | R | $9,972.00 | | S | 4,500.00 |
| CENTRAL STATES DIST SVC. INC. | W | $3,716.00 | $2,060.61 | S | 2,888.00 |
| CERESTAR USA, INC. | W | | $16,565.38 | S | 16,565.38 |
| CHARRETTE CORPORATION | W | $2,731.79 | $7,228.14 | S | 6,000.00 |
| CITY CIGARETTE SALES INC | R | | $8,897.00 | S | 3,000.00 |
| CLIENT SERVER TECHNOLOGIES INC | W | | $80,793.05 | S | 24,000.00 |
| CLIP STRIP CORP | W | $7,016.00 | $8,210.40 | S | 7,500.00 |
| COLOMBO CANDY & TOBACCO WHS. CO. INC. | W | | $47,065.00 | S | 13,929.90 |
| COMMISSIONER OF TAX & FINANCE | R | | $26,502.50 | S | 13,251.00 |

Note: The settlement amount of $499,000 reflected for Disney Enterprises includes settlement amounts for Disney Book Publishing, Disney Channel and Walt Disney Company.

Marvel Avoidance Litigation Trust
Summary of Settled Actions

| Defendant | Law firm filed | Preferential Transfers (Count I) | Postpetition Transfers (Count II) | Status | Settlement Amount |
|---|---|---|---|---|---|
| COMMUNITY ALTERNATIVES | R | $5,316.00 | | S | 3,721.00 |
| COMPUSA INC | C | $5,123.10 | | S | 2,000.00 |
| CONCORD PRINTING SERVICES | W | $2,754.10 | $24,140.45 | S | 8,500.00 |
| CONSOLIDATED DRAKE PRESS | R | $8,875.00 | | S | 5,325.00 |
| CONSTABLE-HODGINS PRINTING CO., INC. | W | | $22,214.99 | S | 8,000.00 |
| CONTAINER CORP. OF AMERICA | W | $92,118.65 | $30,106.84 | S | 56,000.00 |
| COUNTY OF DURHAM | R | | $8,333.00 | S | 2,000.00 |
| COZEN & O'CONNOR | R | | $8,897.39 | S | 6,215.55 |
| CPC INTERNATIONAL INC. | W | | $14,224.65 | S | 6,000.00 |
| CRAIG WHITE DESIGN | W | | $12,118.75 | S | 1,500.00 |
| CRST INC. | W | | $23,489.29 | S | 10,000.00 |
| CUSTOM PROJECTS, INC. | W | | $47,480.06 | S | 10,000.00 |
| D. F. KING & CO., INC. | W | | $20,271.02 | S | 5,067.75 |
| DATA BASED SYSTEMS INT'L INC | R | | $8,649.60 | S | 2,500.00 |
| DAVID FISHOF PRESENTS | W | | $10,000.00 | S | 4,500.00 |
| DECISION DYNAMICS, INC. | W | $23,127.20 | $15,565.26 | S | 4,000.00 |
| DELTA CORRUGATED PAPER PROD., CO | W | $2,293.00 | $24,076.48 | S | 13,184.74 |
| DEPERSICO DESIGN | W | $37,010.00 | $120,875.00 | S | 55,000.00 |
| DIC ENTERTAINMENT, L.P. | W | $325,000.00 | $2,009.00 | S | 15,000.00 |
| DIRECT MARKETING TECHNOLOGY | R | $24,427.53 | | S | 8,000.00 |
| DISNEY BOOK PUBLISHING INC | W | | $295,410.00 | S | |
| DISNEY CHANNEL, THE | W | $867,204.28 | $1,990,310.88 | S | |
| DISNEY ENTERPRISES INC | W | $2,929,000.00 | $844,048.14 | S | 499,000.00 |
| DMB DESIGN | W | $24,022.84 | $30,636.73 | S | 5,000.00 |
| DOMINO SUGAR CORP | W | $18,747.00 | $9,382.91 | S | 15,000.00 |
| DON JAGODA ASSOCIATES, INC. | W | $587.85 | $28,724.02 | S | 16,750.00 |
| EARL PALMER BROWN CO INC | W | $39,792.45 | $11,886.55 | S | 25,000.00 |
| FAIRCHILD PUBLICATIONS | R | $5,605.32 | | S | 3,363.19 |
| FELBRO | R | | $6,225.00 | S | 3,735.00 |
| FLAVORCHEM CORPORATION | R | | $4,617.99 | S | 3,200.00 |
| FUNKY ENTERPRISES INC | R | | $7,861.00 | S | 4,000.00 |
| GEMCHEM, INC. | R | $6,084.00 | | S | 2,347.50 |
| GENERAL ELECTRICAL SPECIALTY | R | | $6,567.53 | S | 1,500.00 |
| GEORGE ANSIS, INC. | R | | $5,520.77 | S | 2,000.00 |
| GLEN WOOD COMPANY CORP | R | | $6,250.00 | S | 1,250.00 |
| GRAPHIC SERVICE BUREAU INC | W | $9,338.14 | $11,059.96 | S | 5,000.00 |
| GREAT A&P TEA COMPANY, THE | R | $41,681.00 | | S | 13,000.00 |
| HALL, DICKLER KENT ET AL | R | | $7,089.53 | S | 2,975.00 |
| HAROLD W. YOUNG, INC. | R | | $9,012.39 | S | 1,000.00 |
| HARRY N. ABRAMS INC | W | $2,624.06 | $29,491.05 | S | 6,694.51 |
| HAWK GRAPHICS, INC | W | $4,534.44 | $44,005.20 | S | 20,000.00 |
| HEARTLAND INDUSTRIES | W | $61,728.07 | $54,709.00 | S | 30,000.00 |
| HENDRICK MOTORSPORTS LTD. PARTNERSHIP | R | | $26,431.00 | S | 13,215.50 |
| HENNEGAN COMPANY, THE | W | $22,517.00 | $28,720.37 | S | 23,750.00 |
| HYPERION SOFTWARE CORPORATION | W | | $294,513.90 | S | 27,500.00 |
| IHARA, YASUO | R | | $4,500.00 | S | 1,500.00 |
| ISLAND CONTAINER CORP | W | $6,887.00 | $62,418.48 | S | 5,000.00 |
| JACKSON & ASSOCIATES | R | $5,998.00 | | S | 2,999.00 |
| JAMES CAPUTA | R | | $6,100.00 | S | 3,050.00 |
| JEFF GORDON INC. | W | | $24,375.00 | S | 14,450.00 |
| JEFF GREEN ENT INC | R | | $5,000.00 | S | 2,500.00 |
| JERRY & KETCHUM | W | $67,856.85 | $30,000.00 | S | 15,000.00 |
| JOHNS-BYRNE COMPANY | W | | $16,137.00 | S | 5,500.00 |

Note: The settlement amount of $499,000 reflected for Disney Enterprises includes settlement amounts for Disney Book Publishing, Disney Channel and Walt Disney Company.

<u>Marvel Avoidance Litigation Trust</u>
Summary of Settled Actions

| Defendant | Law firm filed | Preferential Transfers (Count I) | Postpetition Transfers (Count II) | Status | Settlement Amount |
|---|---|---|---|---|---|
| JOSEPH GROUP INC, THE | W | | $11,335.30 | S | 1,000.00 |
| JSR INDUSTRIES, INC. | W | $223.90 | $17,697.29 | S | 5,000.00 |
| KELSOE RIGGING COMPANY INC | W | | $27,008.00 | S | 2,000.00 |
| KICK DESIGN | R | $9,758.00 | | S | 2,500.00 |
| KLS PROF'L ADVISORS GROUP INC | R | $8,500.00 | | S | 3,000.00 |
| KRAMER, LEVIN, NAFTALIS, ET AL | R | | $46,488.12 | S | 22,082.00 |
| L & L/ JIROCH DISTRIBUTING, CO. | W | | $41,755.00 | S | 20,000.00 |
| L. A. DREYFUS COMPANY | W | | $56,612.50 | S | 12,000.00 |
| LAJOIE, RANDY | W | | $10,000.00 | S | 3,000.00 |
| LANCE CORPORATION, THE | R | $10,147.08 | | S | 5,073.54 |
| LANDOR ASSOCIATES | W | | $170,744.29 | S | 42,500.00 |
| LASER TECH COLOR INC. | R | | $7,672.00 | S | 4,603.00 |
| LATHAM & WATKINS | R | $49,870.03 | $17,765.40 | S | 1,612.24 |
| LCR, INC. | W | $12,500.00 | $13,750.00 | S | 8,500.00 |
| LEAF INC-SUBSIDIARY OF HERSHEY FOOD | W | $1,335,052.00 | $588,031.01 | S | 500,000.00 |
| LEBHAR-FRIEDMAN INC | R | $11,513.25 | | S | 8,000.00 |
| LINDENMEYER MUNROE | W | $41,327.50 | $264,237.23 | S | 120,000.00 |
| LIVINGSTON GROUP INC | W | $18.65 | $63,040.74 | S | 20,000.00 |
| LOCAL 102 | W | $28,096.00 | $17,315.34 | S | 13,623.40 |
| LOCKE PURNELL RAIN HARRELL | R | $7,116.00 | | S | 7,116.00 |
| LONGS DRUG STORES CALIFORNIA INC. | W | | $10,924.00 | S | 5,000.00 |
| MAGAZINE DIV. BOY SCOUTS OF AMERICA | R | $11,167.00 | | S | 4,000.00 |
| MARENA, AGHINA, BONVICIN | R | $5,964.30 | | S | 2,982.00 |
| MC ARDLE INC. | R | $9,500.00 | | S | 4,000.00 |
| MCFARLAND, TOM | R | | $5,200.00 | S | 750.00 |
| MDC - WOM | R | $13,013.00 | | S | 4,000.00 |
| MEBANE PACKAGING CORPORATION | R | $30,007.00 | | S | 18,004.20 |
| MECHANICS CHOICE | T | $5,759.00 | | S | 2,700.00 |
| MELLO SMELLO | R | | $4,699.81 | S | 2,396.90 |
| MERCER, WILLIAM M | R | $4,660.00 | $11,690.00 | S | 1,600.00 |
| MERKERT ENTERPRISES, INC. (METRO NY DIV.) | W | | $29,861.57 | S | 5,772.38 |
| MERZARIO USA, INC. | W | $1,387.00 | $19,908.72 | S | 8,500.00 |
| MILBANK TWEED HADLEY & MCCLOY | R | $67,037.00 | | S | 25,000.00 |
| MILLARD CONSULTING SERVICES | W | | $23,150.00 | S | 15,000.00 |
| MILTON C. MERION, INC. | R | | $7,619.00 | S | 4,571.40 |
| MITCHELL ESQ, MICHAEL W | W | $14,849.73 | $4,987.50 | S | 2,992.50 |
| MTV NETWORKS | W | | $31,324.00 | S | 21,926.80 |
| MURPHY & COMPANY | R | $12,183.00 | | S | 5,000.00 |
| N C H PROMOTIONAL SERVICES | R | | $5,967.00 | S | 5,967.00 |
| NATIONAL CONVERTING & FULFILLMENT | R | $6,968.00 | | S | 1,500.00 |
| NATIONAL MARKETING SERVICES | W | $28,160.00 | $7,100.00 | S | 9,940.00 |
| NECCO | R | | $6,235.83 | S | 1,500.00 |
| NEMCO MOTORSPORTS | R | | $6,250.00 | S | 2,500.00 |
| NORTH JERSEY TANK LINES, INC. | W | $3,871.00 | $3,046.80 | S | 2,000.00 |
| NORTHWESTERN COLOR GRAPHICS | W | $932.00 | $23,163.16 | S | 16,866.61 |
| NYNEX | R | $17,311.53 | $215.15 | S | 4,000.00 |
| OGILVY & MATHER | R | $25,677.08 | | S | 11,000.00 |
| OHIO COIN INVESTMENTS | W | | $27,028.00 | S | 15,000.00 |
| OLEN HARVEY & CO | W | | $14,842.00 | S | 5,000.00 |
| ORTIZ INTERNATIONAL, INC. | R | $5,909.00 | | S | 2,954.50 |
| PAPER ENTERPRISES INC | W | $95,918.59 | $29,972.69 | S | 7,500.00 |
| PARK CUSTOM MOLDING, INC. | W | | $31,399.75 | S | 15,000.00 |
| PAUL WEISS RIFKIND ET AL | R | $46,747.05 | | S | 10,000.00 |

Note: The settlement amount of $499,000 reflected for Disney Enterprises includes settlement amounts for Disney Book Publishing, Disney Channel and Walt Disney Company.

Marvel Avoidance Litigation Trust
Summary of Settled Actions

| Defendant | Law firm filed | Preferential Transfers (Count I) | Postpetition Transfers (Count II) | Status | Settlement Amount |
|---|---|---|---|---|---|
| PDS INTERNATIONAL | W | $6,457.45 | $17,942.15 | S | 15,000.00 |
| PETER GREEN DESIGN STUDIOS INC | W | $21,793.62 | $5,195.10 | S | 8,000.00 |
| PIONEER WAREHOUSE CORP | W | $10,912.00 | $2,032.44 | S | 2,600.00 |
| POLAROID CORPORATION | W | $3,743.95 | $3,359.00 | S | 2,620.77 |
| PR NEWSWIRE ASSOCIATION INC | W | $2,821.50 | $4,308.50 | S | 2,000.00 |
| PRINCETON CREDIT CORPORATION | R | | $4,086.00 | S | 2,451.60 |
| PRINTPACK INC | W | $60,973.01 | $109,780.64 | S | 45,000.00 |
| PROFTECH CORP | W | $4,808.09 | $8,285.58 | S | 6,546.84 |
| PROSKAUER ROSE GOETZ & MENDEL | R | $5,009.13 | | S | 979.68 |
| PRUDENTIAL RELOCATION MGMT | R | $5,667.00 | $86,060.37 | S | 30,000.00 |
| PUBLISHERS CLEARING HOUSE | W | | $53,168.34 | S | 19,900.00 |
| QUAD GRAPHICS INC | W | $339,968.59 | $255,374.68 | S | 185,000.00 |
| QUANTUM COLOR GRAPHICS, L.L.C. | W | | $17,219.00 | S | 17,219.00 |
| QUARTON GROUP, THE | W | | $12,956.00 | S | 10,500.00 |
| R.J. REYNOLDS TOBACCO CO.,INC | R | | $5,000.00 | S | 2,500.00 |
| R.P. MOTORSPORTS,INC | R | | $6,250.00 | S | 1,500.00 |
| R.P. PRODUCTS, INC | W | | $27,415.00 | S | 3,000.00 |
| RALPH MARLIN COMPANY | W | $1,069.00 | $11,907.50 | S | 6,000.00 |
| RECOGNITION SYSTEMS | W | $13,588.46 | $1,904.99 | S | 7,000.00 |
| REDLINE SPORTS MARKETING, INC. | R | | $7,000.00 | S | 3,500.00 |
| REFINED SUGARS, INC. | W | | $40,284.36 | S | 20,142.19 |
| RHC CONSULTANTS, INC | W | $4,357.00 | $31,648.68 | S | 15,000.00 |
| RKM, INC. | R | | $6,250.00 | S | 3,750.00 |
| ROCKETT BURKHEAD LEWIS & WINSLOW | W | $250,187.00 | $321,651.13 | S | 50,000.00 |
| RR DONNELLY RECEIVABLES | R | | $343,746.10 | S | 50,000.00 |
| RUBIN, JAY A | R | | $5,020.00 | S | 2,510.00 |
| SCG STUDIO COLOUR GROUP INC. | R | $9,338.35 | | S | 2,000.00 |
| SCRYE, INC. | W | $3,000.00 | $3,000.00 | S | 2,000.00 |
| SEGA OF AMERICA, INC | R | | $300,000.00 | S | 20,000.00 |
| SERIGRAPH INC. | W | | $122,234.17 | S | 20,000.00 |
| SFC GRAPHICS INC | W | | $10,615.96 | S | 5,307.98 |
| SHAPIRO & ALLEN | R | $6,682.37 | | S | 3,000.00 |
| SHELBY ELECTRIC CO., INC. | W | | $17,323.94 | S | 9,000.00 |
| SHOREWOOD PACKING CORP. OF CANADA LTD. | R | $55,946.80 | | S | 27,973.40 |
| SHRINK PACKAGING SYSTEMS CORP | R | | $6,486.90 | S | 3,645.00 |
| SIMMONS MARKET RESEARCH BUREAU, INC | W | | $43,646.20 | S | 20,000.00 |
| SKADDEN,ARPS,SLATE,MEAGH &FLO | T | $878,188.00 | | S | 337,500.00 |
| SOUTHERN ELECTRIC SUPPLY CO | W | $1,379.83 | $5,298.94 | S | 4,000.00 |
| SPAR/BURGOYNE RETAIL SERVICES,INC | W | | $25,300.00 | S | 12,650.00 |
| SPC INC. | W | | $11,502.00 | S | 3,250.00 |
| SPECIALISTS LTD., THE | R | $7,487.23 | | S | 2,000.00 |
| SPECIALTY BUSINESS MACHINES | W | $1,205.37 | $8,206.72 | S | 1,850.00 |
| SRDS | R | $7,452.00 | | S | 4,098.60 |
| SSI (US) INC DBA SPENCERSTUAR | R | $24,646.00 | | S | 12,343.00 |
| STALWAUD INC | W | | $20,891.00 | S | 12,500.00 |
| STEWART, TERRY | R | $31,300.00 | $1,675.89 | S | 4,500.00 |
| STONE CONTAINER CORP | R | | $6,507.81 | S | 3,900.00 |
| STROOK, STROOK, & LAVAN LLP | R | | $16,937.67 | S | 8,468.83 |
| SUPERVALU INC | W | | $56,599.00 | S | 25,000.00 |
| SUSAN T. CLARKE CATCHEROES WORLDORD GRAPHIC | R | | $6,400.00 | S | 2,500.00 |
| SYSTEMS SOLUTIONS, INC. | W | | $11,165.50 | S | 4,250.00 |

Note: The settlement amount of $499,000 reflected for Disney Enterprises includes settlement amounts for Disney Book Publishing, Disney Channel and Walt Disney Company.

Marvel Avoidance Litigation Trust
Summary of Settled Actions

| Defendant | Law firm filed | Preferential Transfers (Count I) | Postpetition Transfers (Count II) | Status | Settlement Amount |
|---|---|---|---|---|---|
| TAICO DESIGN PRODUCTS, INC. | W | $28,504.00 | $142,451.26 | S | 40,000.00 |
| TALENT FORCE | R | $5,482.00 | | S | 2,741.00 |
| TAYLOR GREY INC. | W | | $7,500.00 | S | 3,750.00 |
| TECH RIDGE, INC. | W | | $10,730.00 | S | 7,511.00 |
| TEMPRO SERVICES INC | W | $51,669.00 | $30,925.07 | S | 35,000.00 |
| THOMAS ABRAMSON/VISIONWORKS | W | | $30,000.00 | S | 3,000.00 |
| THUNDERBIRD LABEL CORP. | R | $9,691.25 | | S | 1,500.00 |
| TIME DISTRIBUTION SERVICES | W | $2,385,462.00 | $1,107,688.71 | S | 1,350,000.00 |
| TODAY'S GRAPHICS, INC. | W | $2,200.00 | $3,228.00 | S | 3,000.00 |
| TRANSCORPS ENTERPRISES, INC. | W | $7,791.00 | $839.00 | S | 5,000.00 |
| TRANSWORLD MARKETING | R | $45,281.00 | | S | 1,500.00 |
| TRIO PACKAGING CORP | W | $35,568.00 | $9,200.99 | S | 11,192.24 |
| ULTRA FLEX PACKAGING CORP | W | | $25,982.90 | S | 25,982.90 |
| UNGARETTI & HARRIS | R | $10,037.00 | | S | 3,500.00 |
| UNISTAR | W | | $53,543.52 | S | 26,770.00 |
| UNIVERSE PUBLISHING | R | | $9,208.00 | S | 4,604.00 |
| VIEWPOINT DATA LABS INT'L INC | R | | $7,754.98 | S | 7,000.00 |
| WALDEN BOOK COMPANY INC | W | | $30,151.00 | S | 12,000.00 |
| WALGREEN CO | W | | $21,241.00 | S | 9,000.00 |
| WALT DISNEY COMPANY | W | $8,403.00 | $3,245.00 | S | |
| WATER AUTHORITY WEST NASSAU CO. | R | $3,429.00 | $3,378.44 | S | 3,152.16 |
| WEBCRAFT TECHNOLOGIES | W | | $47,679.28 | S | 25,000.00 |
| WEBSOURCE | W | $1,775.75 | $22,693.63 | S | 12,234.69 |
| WYCON CORP | W | | $15,954.77 | S | 9,672.86 |
| XEROX, CORP. | W | $30,725.14 | $32,169.42 | S | 45,000.00 |
| ZIFFREN, BRITTENHAM, BRANCA & FISCHER | R | $77,737.33 | | S | 38,868.67 |

# of Defendants      235                    11,649,340.66    11,663,049.12              5,520,913.16

Note: The settlement amount of $499,000 reflected for Disney Enterprises includes settlement amounts for Disney Book Publishing, Disney Channel and Walt Disney Company.

# EXHIBIT E

## Marvel Avoidance Litigation Trust
Summary of Actions Dismissed by Trustee

| Defendant | Law firm filed | Preferential Transfers (Count I) | Postpetition Transfers (Count II) | Status | Settlement Amount |
|---|---|---|---|---|---|
| A. I. A. CONSTRUCTION, LTD. | W | $1,434.32 | $3,978.21 | D | |
| ALLINA, CURTIS J. | R | $5,000.00 | | D | |
| ALTSHULER, MARILYN | W | | $12,927.00 | D | |
| AMERICAN CONVENTION & EXPOSITION SER | R | | $7,508.00 | D | |
| APEX ADVERTISING, INC. | R | | $7,307.53 | D | |
| ATLAS VAN LINES, INC | R | | $6,545.44 | D | |
| AURILIA, CHRISTINE M | R | | $5,288.00 | D | |
| AVNE SYSTEMS LTD | W | $113,920.70 | $330,652.67 | D | |
| BAUMAN, WILLIAM | W | | $10,086.00 | D | |
| BECTON, PAUL J | R | | $7,150.00 | D | |
| BELL, GLEN | W | $289.00 | $31,232.00 | D | |
| BENDER, JACQUELINE | W | | $46,553.00 | D | |
| BERMEO & BERMEO LAW FIRM | R | | $7,140.00 | D | |
| BRENNAN, JAMES | W | | $23,422.00 | D | |
| BURKLUND DISTRIBUTORS INC | R | | $4,848.00 | D | |
| CHAMBERS, CLAYTON | W | | $22,200.00 | D | |
| CHANG, MARGARET H | R | | $6,083.00 | D | |
| CHESTNUT DISPLAYS SYSTEMS | R | $35,645.00 | | D | |
| CHICLES CANEL'S S.A.DE C.V. | | $135,369.00 | | D | |
| COHAN, SUSAN WENDY | W | $625.00 | $16,448.00 | D | |
| COLORCON | T | $14,035.00 | | D | |
| COMIC IMAGES, INC. | W | | $46,743.59 | D | |
| CONCEB PTY LTD - COMMONWEALTH BK | R | $56,157.46 | | D | |
| CONROY, ROBERTA | R | | $7,457.00 | D | |
| CREATIVE COMMUNICATIONS AND GRAPHICS INC. | W | | $20,914.00 | D | |
| CREATIVE LICENSE, INC. | W | $18,148.53 | $250,943.61 | D | |
| CRUZ, JENNEL V | R | | $6,000.00 | D | |
| CYNOSURE SOFTWARE | W | | $10,000.00 | D | |
| DADDI, GRAZIA | W | | $37,477.74 | D | |
| DALE EARNHARDT, INC. | W | | $41,875.00 | D | |
| DAVIES COLLISON CAVE | W | $2,527.34 | $4,137.77 | D | |
| DEARBORN WHOLESALE GROCERS LP | W | | $29,778.00 | D | |
| DEERING, BARBARA | R | | $4,050.55 | D | |
| DEGAGNE, JOEL | R | | $5,601.00 | D | |
| DESIGN INTELLIGENCE INC | R | | $6,610.00 | D | |
| DIGITAL ARTISTS INC | W | $136,510.00 | $67,594.57 | D | |
| DOBBS, KATHERINE A | W | | $83,361.99 | D | |
| DODSON, CRAIG | R | | $6,971.00 | D | |
| DOVALE, PAMELA | W | | $40,050.00 | D | |
| DRESNER, MICHAEL | R | | $8,782.74 | D | |
| EAGLE ROCK FREIGHT SYSTEM | W | | $32,874.40 | D | |
| EARLEY, JAMES M | R | | $6,172.00 | D | |
| EDWARDS, WESLEY D | W | | $38,462.00 | D | |
| EMERY, GLENN | R | | $8,491.70 | D | |
| EMMERT, CYNTHIA A | W | | $11,385.00 | D | |
| ESTUDIO BARREDA MOLLER | R | | $7,188.00 | D | |
| FABRICON PRODUCTS | R | $6,493.00 | | D | |
| FAHEY, STEVEN | R | | $4,523.00 | D | |
| FERRARI, BRIAN | R | | $5,329.00 | D | |
| FRYER, BRUCE | W | | $18,334.00 | D | |
| GAERTNER, SHARLEEN | W | | $10,408.00 | D | |
| GILBERT, ALONZO G | W | | $12,022.00 | D | |

Note: The settlement amount of $499,000 reflected for Disney Enterprises includes settlement amounts for Disney Book Publishing, Disney Channel and Walt Disney Company

## Marvel Avoidance Litigation Trust
### Summary of Actions Dismissed by Trustee

| Defendant | Law firm filed | Preferential Transfers (Count I) | Postpetition Transfers (Count II) | Status | Settlement Amount |
|---|---|---|---|---|---|
| GILES, MICHAEL | W | | $31,584.00 | D | |
| GREAT NORTHERN/REIFF & ASSOC. | R | $40,023.75 | | D | |
| GREENMAN, LESTER | R | | $6,562.46 | D | |
| GROSSMAN, MILES | W | | $52,220.49 | D | |
| GUEVARA, CARLOS | R | | $7,268.00 | D | |
| HELLARD, ALAN | R | | $5,500.00 | D | |
| HERNANDEZ, ISMAEL | R | | $6,615.00 | D | |
| HI TECH GRAPHICS FINISHERS CO. INC. | W | $9,541.70 | $20,001.08 | D | |
| HILL, JACOB | W | | $19,528.50 | D | |
| HULL, LYNDA S. | W | | $13,781.00 | D | |
| INTEGRATED DESIGNS | W | | $70,453.00 | D | |
| INTERFACE FINANCIAL GROUP | W | $113,294.00 | | D | |
| JAGOLTA, RICHARD | W | $25,382.96 | $5,833.02 | D | |
| JF WALKER CO INC & SUB | R | | $6,695.00 | D | |
| JUNGBUNZLAUER INC | R | $5,160.00 | | D | |
| KANALZ, EMILY | W | | $11,325.00 | D | |
| KINZLE, WILLIAM L. | R | | $5,312.00 | D | |
| KONONENKO, MARY | W | $84.00 | $9,230.00 | D | |
| L & M DISTRIBUTORS INC | W | | $12,599.00 | D | |
| LAMORT, JUDITH A. | R | | $7,120.00 | D | |
| LAROSA, ALBERT B. | R | | $8,451.50 | D | |
| LEIBOWITZ, KAREN | W | | $17,654.00 | D | |
| LEWIS, KEN | R | | $4,008.43 | D | |
| LEWIS, NEIL | R | $9,395.00 | | D | |
| MADISON SQUARE INNER CITY YOUTH PROG | R | $8,000.00 | | D | |
| MAIDEN, CHARLES | W | $800.00 | $9,200.00 | D | |
| MANCHA, SALVADOR | R | | $6,608.00 | D | |
| MARDEN, SCOTT C | R | $10,400.65 | | D | |
| MARTINEZ, SEAN | R | | $7,767.00 | D | |
| MARVEL, MARY M | W | | $30,352.00 | D | |
| MATTICE MANAGEMENT LIMITED | R | | $8,277.70 | D | |
| MCCARTHY, ROBERT | R | | $65,625.00 | D | |
| MCCLEERY, DIANE | R | $6,658.00 | | D | |
| MCCORMACK, JUSTIN | W | $6,535.56 | $16,083.66 | D | |
| MCGREW COLOR GRAPHICS | R | $45,747.00 | | D | |
| MITCHELL III, THOMAS J | W | | $20,490.00 | D | |
| MITCHELL/MARTIN INC. | R | $13,000.00 | | D | |
| MOQUET BORDE DIEUX GEENS ASSO. | R | $7,672.69 | | D | |
| MOREHEAD COMPANY | W | | $11,366.00 | D | |
| MOSES, EDIE | R | | $8,204.00 | D | |
| NATIONAL TRANSPORTATION | W | | $42,835.09 | D | |
| NEW PRODUCTS RESOURCES,INC | R | $28,000.00 | | D | |
| NHL PLAYERS ASSOCIATION | W | | $475,474.00 | D | |
| NILCO S.A. | R | | $7,622.71 | D | |
| NORTHCENTRAL MS. ELECTRIC POWER | W | $41,761.00 | | D | |
| ONTARIO INC. | W | $32,966.51 | $28,386.08 | D | |
| PADNOS, SANDRA WILDMAN | W | $763.00 | $22,782.41 | D | |
| PALLOS, CHARLES R. | R | | $4,742.00 | D | |
| PANICCIA, MARK | W | $5,572.26 | $25,854.47 | D | |
| PERRIN, DAVID | R | | $4,079.00 | D | |
| PLANET STUDIOS INC | R | $4,213.26 | $7,627.61 | D | |
| POSTMASTER    (PLATTSBURGH) | W | | $30,000.00 | D | |
| POSTMASTER - CAPE GIRADEAU | W | | $11,100.00 | D | |

Note: The settlement amount of $499,000 reflected for Disney Enterprises includes settlement amounts for Disney Book Publishing, Disney Channel and Walt Disney Company

Marvel Avoidance Litigation Trust
Summary of Actions Dismissed by Trustee

| Defendant | Law firm filed | Preferential Transfers (Count I) | Postpetition Transfers (Count II) | Status | Settlement Amount |
|---|---|---|---|---|---|
| POTTS, KAREN R | R | | $4,924.00 | D | |
| PREPRESS SOLUTIONS, INC. | R | $8,742.27 | | D | |
| PROBE, KATHLEEN | W | $3,826.00 | $6,500.00 | D | |
| PRODUCTORA COMERCIALIZADORA | W | | $74,806.00 | D | |
| QUEEN CITY BOOK STORE | R | | $4,316.00 | D | |
| RAJDOVICH, THOMAS | R | | $6,423.00 | D | |
| REVLON, INC. | R | $44,557.00 | | D | |
| RICCI, VERO | R | $7,818.04 | | D | |
| ROBERT J. HARDEN SECURITY | R | | $8,491.14 | D | |
| ROHFLING, LARY DEAN | W | | $17,662.00 | D | |
| ROSE, GEOFF | R | | $4,231.00 | D | |
| RUTT, PAMELA K | W | | $66,548.00 | D | |
| SCHUMAN PROPERTIES | W | | $21,992.62 | D | |
| SHAHEEN, DANIEL | R | | $4,231.00 | D | |
| SHOWERS, JON J | W | | $31,565.07 | D | |
| SICIGNANO, RENEE | R | | $9,540.00 | D | |
| SIGLER, RICHARD | R | | $7,940.00 | D | |
| SIMPSON THACHER & BARTLETT | R | | $194,618.06 | D | |
| SMITH, ALAN | W | | $13,410.00 | D | |
| SOSNICK COMPANY, THE | W | | $210,207.00 | D | |
| SUPER SHOW, THE | R | $8,750.00 | | D | |
| SUPERHERO ENTERPRISES, INC. | W | $68,687.50 | | D | |
| SUPERIOR COMPUTER SERV., INC. | W | | $22,000.00 | D | |
| SWEETENERS PLUS, INC | R | $99,130.33 | | D | |
| TAYLOR, LEE ANN | W | | $40,089.00 | D | |
| TOP DOG MARKETING | R | $6,844.00 | | D | |
| TURK, JANICE | R | | $7,176.00 | D | |
| UNICORN PUBLISHING HOUSE INC | R | $4,221.00 | $1,000.00 | D | |
| VDS | R | $6,745.00 | | D | |
| VEGA, CYNTHIA L | R | | $4,364.00 | D | |
| VEREEN, BRENDA P | W | | $16,523.00 | D | |
| VITALE, KAREN | R | | $9,710.00 | D | |
| W.R. FANT | W | | $56,210.45 | D | |
| WAFY GRAPHICS | W | | $41,200.00 | D | |
| WALKER, GERALDINE E | R | | $6,551.00 | D | |
| WALLACE, SHERRLYN F | W | | $31,293.00 | D | |
| WARLOW, MICHAEL | W | | $51,373.05 | D | |
| WELSH, DONALD E | W | | $225,000.00 | D | |
| WHEELER, JAMES E | W | | $19,380.00 | D | |
| WILLOW INTERNATIONAL SOURCING | W | $468,703.40 | $540,569.82 | D | |
| WILSON CASE, INC | R | $8,893.00 | | D | |

| # of Defendants: | 146 | | 1,678,043.23 | 4,308,968.93 | | 0.00 |
|---|---|---|---|---|---|---|

Note: The settlement amount of $499,000 reflected for Disney Enterprises includes settlement amounts for Disney Book Publishing, Disney Channel and Walt Disney Company.

EXHIBIT F

Page 1

## Marvel Avoidance Litigation Trust
### Summary of Actions Resolved and Dismissed
### In Connection with Marvel Claims Settlements

| Defendant | Law firm filed | Preferential Transfers (Count I) | Postpetition Transfers (Count II) | Status | Settlement Amount |
|---|---|---|---|---|---|
| BREGLER ASSOCIATES | W | $9,364.00 | $4,274.70 | DM | |
| CALAMARI, JOSEPH A | W | $2,090.50 | $14,230.00 | DM | |
| COMMUNICATIONS DATA SERVICES INC. | W | | $55,112.34 | DM | 10,000.00 |
| DC COMICS INC. | W | | $276,212.20 | DM | |
| GALTON, JAMES E | W | | $73,405.00 | DM | |
| GITTELSOHN, GARY | W | | $147,926.00 | DM | 100,000.00 |
| LADD JR., JAMES E | R | $733,334.35 | $341,668.00 | DM | |
| LILCO | R | | $17,907.79 | DM | |
| LOSEY, ROBERT L | R | | $252,163.00 | DM | |
| LYONS PARTNERSHIP LP | W | | $21,168.08 | DM | |
| MENDON LEASING CORP | W | $3,667.00 | $6,947.44 | DM | 1,300.00 |
| NEW WORLD ANIMATION (NW COMMUNICATIONS GROU | W | $5,221.00 | $3,067,016.20 | DM | |
| NEW WORLD COMMUNICATIONS GROUP | W | $57,956.64 | | DM | |
| NEW WORLD ENTERTAINMENT | W | | $473,327.51 | DM | |
| NHL ENTERPRISES | W | | $378,795.00 | DM | |
| O'CONNELL, FRANCIS J | R | $1,290,000.00 | $100,000.00 | DM | |
| ROSENBERG, SCOTT M | R | | $97,935.00 | DM | |
| SMITH, TOMMIE E | R | $450,000.00 | $167,910.00 | DM | |
| SNYDER, IRENE | R | | $11,470.00 | DM | |
| SNYDER, IVAN | R | $21,000.00 | $78,968.00 | DM | |
| SNYDER, KEITH | R | | $34,459.00 | DM | |
| STANDARD FOLDING CARTONS, INC. | C | $50,974.83 | $202,593.53 | DM | 116,000.00 |
| # of Defendants          22 | | 2,623,608.32 | 5,823,488.79 | | 227,300.00 |

Note: The settlement amount of $499,000 reflected for Disney Enterprises includes settlement amounts for Disney Book Publishing, Disney Channel and Walt Disney Company.

# EXHIBIT G

## Marvel Avoidance Litigation Trust
### Summary of Actions Resolved and Dismissed
### In Connection with Marvel Claims Settlements

| Defendant | Law firm filed | Preferential Transfers (Count I) | Postpetition Transfers (Count II) | Status | Settlement Amount |
|---|---|---|---|---|---|
| ADVANTAGE MANAGEMENT, INC | W | | $35,882.00 | DJ | |
| AFAX INC. | R | $5,484.29 | | DJ | |
| BUSINESS SYSTEMS GROUP | W | | $14,097.05 | DJ | |
| CHAPEL COMPANY INC | W | $11,063.00 | $15,648.84 | DJ | |
| CLUB DE GOLF TM LTD | R | | $6,710.39 | DJ | |
| CUI, INC | W | $18,476.00 | $11,713.78 | DJ | |
| DATAFORM BUSINESS SYSTEMS INC | W | $1,346.23 | $10,073.35 | DJ | |
| ELI WITT COMPANY, THE | W | | $10,956.00 | DJ | |
| GRAPHIC COLOR WORKS | W | $27,760.00 | $164,550.60 | DJ | |
| HUDSON STONE GROUP, THE | R | $15,841.69 | | DJ | |
| KGM GRAPHICS | W | $22,211.50 | $32,599.00 | DJ | |
| LIVING COLOR, INC | W | $41,080.97 | $12,639.10 | DJ | |
| MORGAN SHEPHERD, INC | W | | $12,500.00 | DJ | |
| PARAMOUNT PACKAGING LLC | R | | $19,149.00 | DJ | |
| PERFORMANCE LICENSING CO | R | | $4,125.00 | DJ | |
| RELIABLE SYSTEMS CORP | W | $1,800.00 | $5,311.03 | DJ | |
| SOURCE INTERNATIONAL INC., THE | R | | $5,000.00 | DJ | |
| SOUTH SIDE CARTING CO., INC | W | | $11,828.44 | DJ | |
| SPIRO WALLACH COMP INC | W | $754.45 | $6,569.78 | DJ | |
| TUMMINELLO, LAWRENCE | R | | $7,634.00 | DJ | |
| WALKER WHOLESALE CO | R | | $5,648.00 | DJ | |

# of Defendants:          21                           145,818.13        392,635.36                    0.00

Note: The settlement amount of $499,000 reflected for Disney Enterprises includes settlement amounts for Disney Book Publishing, Disney Channel and Walt Disney Company

# EXHIBIT H

**Marvel Avoidance Litigation Trust**
**Analysis of Professional Fees**
**(Trust Costs)**

| Professional | 1998 Fees | 1998 Expenses | 1999 Fees | 1999 Expenses | 2000 Fees | 2000 Expenses | 2001 Fees | 2001 Expenses | 2002 Fees | 2002 Expenses | 2003 Fees | 2003 Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Connolly Bove | $16,335 | $11,650 | $135,202 | $16,964 | $90,169 | $15,088 | $32,054 | $5,064 | $80,532 | $8,398 | $39,035 | $3,741 |
| Ferry & Joseph | $0 | $0 | $720 | $159 | $330 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| FTI Consulting/Kahn Consulting | $261,736 | $2,691 | $275,960 | $5,253 | $149,402 | $3,231 | $238,732 | $2,148 | $243,767 | $2,380 | $143,110 | $1,034 |
| Price Waterhouse | $0 | $0 | $38,485 | $2,123 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Ravin Sarasohn | $47,622 | $2,964 | $270,852 | $10,983 | $10,585 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Lowenstein Sandler | $0 | $0 | $0 | $0 | $78,814 | $1,106 | $550 | $1 | $0 | $0 | $0 | $0 |
| Trustee's Salary | $12,501 | $0 | $50,004 | $0 | $33,335 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Willkie Farr & Gallagher | $149,273 | $5,359 | $512,228 | $39,048 | $552,147 | $22,156 | $180,704 | $9,298 | $20,230 | $614 | $4,865 | $140 |
| Other Professionals | $0 | $0 | $0 | $0 | $0 | $0 | $37,367 | $0 | $141,686 | $1,911 | $65,439 | $1,754 |
| Miscellaneous Collection Fees | $0 | $0 | $0 | $0 | $0 | $0 | $4,380 | $0 | $5,660 | $0 | $1,665 | $0 |
| Willkie Farr - cred comm | $0 | $0 | $43,742 | $8,806 | $15,958 | $3,380 | $4,351 | $9 | $1,237 | $0 | $0 | $0 |
| Ferry & Joseph - cred comm | $0 | $0 | $4,725 | $7 | $739 | $0 | $315 | $0 | $315 | $0 | $280 | $0 |
| Total Excluding Creditors' Committee Fees and Expenses | $487,466 | $22,664 | $1,331,916 | $83,343 | $931,477 | $44,961 | $498,452 | $16,518 | $493,625 | $13,304 | $254,392 | $6,669 |

*February 2001 Willkie Farr & Gallagher fees reflect a $25,000 voluntary reduction.

Marvel Avoidance Litigation Trust
Analysis of Professional Fees
(Trust Costs)

| Professional | 2004 Fees | 2004 Expenses | 1st Quarter 2005 Fees | 1st Quarter 2005 Expenses | 2nd Quarter 2005 Fees | 2nd Quarter 2005 Expenses | 3rd Quarter 2005 Fees | 3rd Quarter 2005 Expenses | Total Fees | Total Expenses | Total Combined Fees & Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Connolly Bove | $3,563 | $526 | $0 | $0 | $0 | $0 | $0 | $0 | $396,889 | $61,429 | $458,318 |
| Ferry & Joseph | $0 | $0 | $0 | $0 | $610 | $0 | $0 | $0 | $1,659 | $159 | $1,818 |
| FTI Consulting/Kahn Consulting | $97,665 | $8,783 | $0 | $0 | $9,204 | $39 | $33,277 | $0 | $1,452,851 | $25,561 | $1,478,412 |
| Price Waterhouse | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $38,485 | $2,123 | $40,608 |
| Ravin Sarasohn | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $329,059 | $13,947 | $343,005 |
| Lowenstein Sandler | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $79,364 | $1,106 | $80,471 |
| Trustee's Salary | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $95,840 | $0 | $95,840 |
| Willkie Farr & Gallagher | $0 | $0 | $0 | $0 | $10,870 | $0 | $0 | $0 | $1,430,315 | $76,615 | $1,506,930 |
| Other Professionals | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $244,491 | $3,665 | $248,156 |
| Miscellaneous Collection Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $11,904 | $0 | $11,904 |
| Willkie Farr - cred comm | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $65,287 | $12,195 | $77,482 |
| Ferry & Joseph - cred comm | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,373 | $7 | $6,380 |
| | $101,228 | $9,309 | $0 | $0 | $20,683 | $39 | $33,277 | $0 | $4,152,516 | $196,808 | $4,349,324 |
| | | | | | | | | | | | |
| Total Excluding Creditors' Committee Fees and Expenses | | | | | | | | | $4,080,857 | $184,606 | $4,265,463 |

*February 2001 Willkie Farr & Gallagher fees reflect a $25,000 voluntary reduction.

EXHIBIT 2

**Marvel Avoidance Litigation Trust**
**Cash Receipts and Disbursements**
**For the Period Ended October 31, 2005**

| | | |
|---|---|---|
| **Begininng Cash** | $ | 54,909 |
| **Cash Receipts:** | | |
| Other Income – Uncashed checks | | 29,747 |
| Total Cash Receipts | | 29,747 |
| Distributions | | 24,500 |
| Professional Fees | | 60,156 |
| Total Cash Disbursements | | 84,656 |
| **Ending Cash** | $ | - |

**Marvel Avoidance Litigation Trust**
**Balance Sheet**
**For the Period Ended October 31, 2005**

**Assets**
    **Current Assets**
        Cash                                  -

**Total Assets**                           -

**Liabilities**
        Professional Fee Payable          -

**Total Liabilities**                  -

**Equity**

        Retained Earnings           48,752
        Distributions               (24,500)
        Current Year Earnings     (24,252)

**Total Equity**                    -

**Total Liabilities & Equity**        -

**Marvel Avoidance Litigation Trust**
**Income Statement (Accrual Basis)**
**For the Period Ended October 31, 2005**

**Income**

      Other Income                             29,747

**Total Income**                         $     29,747

**Expenses**

      Professional Fees                       53,999

**Total Expenses**                    $     53,999

**Net Income (Loss)**                $     (24,252)