IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
In re:                                       :
                                             :
MARVEL ENTERTAINMENT GROUP, INC.,            :    Case No. 97-638 (KAJ)
et al.,                                      :
                                             :
                                             :
              Debtors.                       :
-------------------------------------------------------------x
```

## NOTICE OF FILING OF FINAL REPORT

PLEASE TAKE NOTICE that Christopher J. Kearns, as Trustee for the Avoidance Litigation Trust created under the Fourth Amended Plan of Reorganization of Marvel Entertainment Group, Inc., et al. (the "Avoidance Litigation Trustee"), has today filed the **Final Report of Christopher J. Kearns, as Trustee of the Avoidance Litigation Trust** (the "Final Report") with the United States District Court for the District of Delaware, 844 King Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you may obtain a copy of the Final Report by contacting the undersigned counsel.

Dated: April 21, 2006        CONNOLLY BOVE LODGE & HUTZ LLP
       Wilmington, Delaware

                             By: /s/ Marc J. Phillips
                                 Collins J. Seitz, Jr. (#2237)
                                 Karen C. Bifferato (#3279)
                                 Marc J. Phillips (#4445)
                                 The Nemours Building
                                 1007 North Orange Street
                                 P.O. Box 2207
                                 Wilmington, DE 19899
                                 (302) 658-9141
                                 mphillips@cblh.com

                                 Counsel for Christopher J. Kearns,
                                 Avoidance Litigation Trustee

#460105v1