**CERTIFICATE OF SERVICE**

    I, Marc J. Phillips, hereby certify that on the 21st day of April, 2006, I caused a true and correct copy of the foregoing to be electronically filed with the United States District Court for the District of Delaware and served upon the persons or entities indicated below in the manner indicated below.

/s/ Marc J. Phillips
Marc J. Phillips (No. 4445)

_____

**BY HAND DELIVERY:**

David B. Stratton, Esq.
Pepper Hamilton
Hercules Plaza
1313 Market Street, Suite 1600
Wilmington, DE 19801

Michael B. Joseph, Esq.
Ferry Joseph & Fink PA
824 Market Street, Suite 904
Wilmington, DE 19801

Lawrence C. Ashby, Esq.
Ashby & Geddes
One Rodney Square
Wilmington, DE 19801

Neal J. Levitsky, Esq.
Agostini Levitsky & Isaacs
824 N. Market Street, Suite 810
Wilmington, DE 19801

Joanne B. Wills, Esq.
Klehr Harrison Harvey Branzburg & Ellers
Suite 1000, Mellon Center
919 Market Street
Wilmington, DE 19801

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon, LLP
Hercules Plaza
Wilmington, DE 19801

Daniel Losco, Esq.
Losco & Marconi
1116 West Street
Wilmington, DE 19801

Eric D. Schwartz, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Teresa K.D. Currier, Esq.  
Klett Rooney Lieber & Schorling  
1201 Orange Street, Suite 1001  
Wilmington, DE 19801  

Norman L. Pernick, Esq.  
Saul Ewing Remick & Saul  
222 Delaware Avenue, #1200  
Wilmington, DE 19801  

Adam G. Landis, Esq.  
Landis Rath & Cobb LLP  
919 Market Street, Suite 600  
Wilmington, DE 19801  

Anthony Clark, Esq.  
Skadden Arps Slate Meagher & Flom  
One Rodney Square  
Wilmington, DE 19801  

United States Trustee  
844 King Street, Suite 2313  
Lockbox 35  
Wilmington, DE 19801  

**BY FIRST CLASS U.S. MAIL:**

Harvey Miller, Esq.  
Weil, Gotshal & Manges  
767 Fifth Avenue  
New York, NY 10153  

Steven M. Schultz, Esq.  
Kleinberg Kaplan Wolff & Cohen  
551 Fifth Avenue, 18th Floor  
New York, NY 10176  

James E. Spiotto, Esq.  
Chapman & Cutler  
111 West Monroe Street  
Chicago, IL 60603  

Thomas E. Lauria, Esq.  
White & Case  
200 S. Biscayne Boulevard  
Suite 4900  
Miami, FL 33131  

Edward Friedman, Esq.  
Friedman Kaplan & Leiler  
875 Third Avenue  
New York, NY 10022  

David Fleischer, Esq.  
Lawrence Mittman, Esq.  
Battle Fowler  
75 East 55th Street  
New York, NY 10022  

Edward S. Weisfelner, Esq.  
Berlack Israels & Liverman, LLP  
120 West 45th Street  
New York, NY 10036  

Tonny Ho, Esq.  
Francis Menton, Esq.  
Willkie Farr & Gallagher  
787 Seventh Avenue  
New York, NY 10019-6099  

Douglas Liebhafsky, Esq.  
Wachtell Lipton Rosen & Katz  
51 West 52nd Street  
New York, NY 10019

Jeffrey W. Levitan, Esq.
Proskauer Rose Goetz & Medolsohn LLP
1585 Broadway
New York, NY 10036-8299

Susan Power Johnston, Esq.
Robinson Silverman Pearce
  Aronsohn Berman LLP
1290 Avenue of the Americas
New York, NY 10104

Pamela Bradford
Marvel Entertainment Group, Inc.
387 Park Avenue South
New York, NY 10016

David W. Dykhouse, Esq.
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Gary Schildhorn, Esq.
Adelman Lavine Gold & Levin
Two Penn Center Plaza, Ste. 1900
Philadelphia, PA 19102

Peter J. Kahn, Esq.
Jonathan P. Graham, Esq.
Williams & Connolly
725 Twelfth Street, NW
Washington, DC 20005

Stephen W. Spence, Esq.
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Jeffrey D. Prol, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068

Robert E. Zimet, Esq.
Susan L. Saltzstein, Esq.
Skadden Arps Slate Meagher & Flom
919 Third Avenue
New York, NY 10022-3897

#460118v1