IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) <br> ) <br> ) |
| MARVEL ENTERTAINMENT GROUP, INC. et al., | ) Civil Action No. 97-638-KAJ <br> ) |
| Debtors. | ) <br> ) <br> ) |

## REPORT OF THE MAFCO LITIGATION TRUSTEES

Ronald Cantor, Ivan Snyder and James A. Scarpone, as Trustees (the "Trustees") of the MAFCO Litigation Trust (the "Trust"), by and through their counsel Ashby & Geddes and Friedman Kaplan Seiler & Adelman LLP, for their report pursuant to section 13.01 of the MAFCO Litigation Trust Agreement, for the period of October 1, 2005 through March 31, 2006, state as follows:

### Financial Report of Condition of Trust & Results of Operations

1.  The Trust currently has $23,397.53 in cash on hand.

### Status of the MAFCO Litigation Claims

2.  On January 10, 2006, the Court entered an order denying plaintiffs' motion to compel discovery.

3.  On February 10, 2006, the Court entered an order granting defendants' motion to strike plaintiffs' jury demand.

4.  On January 13, 2006, the parties served additional expert reports in

accordance with Federal Rule of Civil Procedure 26(a)(2) and on March 3, 2006, the parties served rebuttal reports.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Lawrence C. Ashby (I.D. 468)
Philip Trainer, Jr. (I.D. 2788)
Tiffany Geyer Lydon (I.D. 3950)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899
(302) 654-1888

-and-

FRIEDMAN KAPLAN SEILER &
  ADELMAN LLP
Edward A. Friedman
Andrew W. Goldwater
Daniel B. Rapport
Emily A. Stubbs
1633 Broadway
New York, New York 10019
(212) 833-1100

*Attorneys for Ronald Cantor, Ivan Snyder, and James A. Scarpone, Trustees of the MAFCO Litigation Trust*

Dated: May 11, 2006
169368.1

## CERTIFICATE OF SERVICE

I, Tiffany Geyer Lydon, hereby certify that on the 11th day of May, 2006, I caused a true and correct copy of the foregoing to be served upon the persons or entities indicated below in the manner indicated.

/s/ Tiffany Geyer Lydon
Tiffany Geyer Lydon (I.D. #3950)

**BY FIRST CLASS MAIL:**

William A. Hazeltine, Esq.
Potter Anderson & Corroon, LLP
1313 North Market Street
Wilmington, DE 19801

Norman L. Pernick, Esq.
Saul Ewing LLP
222 Delaware Avenue, #1200
Wilmington, DE 19801

Neal J. Levitsky, Esq.
Fox Rothschild LLP
919 Market Street, Suite 1300
Wilmington, DE 19801

Michael B. Joseph, Esq.
Ferry Joseph & Pearce PA
824 Market Street, Suite 904
Wilmington, DE 19801

Joanne B. Wills, Esq.
Klehr Harrison Harvey Branzburg & Ellers
Suite 1000, Mellon Center
919 Market Street
Wilmington, DE 19801

Mark D. Collins, Esq.
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Collin J. Seitz, Jr., Esq.
Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz
1007 Orange Street
Wilmington, DE 19801

Eric D. Schwartz, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE 19801

United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801

Harvey Miller, Esq.
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

Steven M. Schultz, Esq.
Kleinberg Kaplan Wolff & Cohen
551 Fifth Avenue, 18th Floor
New York, NY 10176

James E. Spiotto, Esq.
Chapman & Cutler
111 West Monroe Street
Chicago, IL 60603

Thomas E. Lauria, Esq.
White & Case
200 S. Biscayne Boulevard
Suite 4900
Miami, FL 33131

Alan Lipson
Marvel Entertainment Group, Inc.
387 Park Avenue South
New York, NY 10016

David W. Dykhouse, Esq.
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Adam Landis, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Anthony Clark, Esq.
Skadden Arps Meagher & Flom
One Rodney Square
920 North King Street
Wilmington, DE 19801

David Fleischer, Esq.
Lawrence Mittman, Esq.
Paul Hastings Janofsky &Walker LLP
75 East 55th Street
New York, NY 10022

Edward S. Weisfelner, Esq.
Brown Rudnick Berlack Israels LLP
120 West 45th Street
New York, NY 10036

Tonny Ho, Esq.
Francis Menton, Esq.
Willkie Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-6099

David Bryan, Esq.
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York, NY 10019

Stephen W. Spence, Esq.
Phillips Goldman & Spence, P.A.
1509 Highway One
Dewey Beach, DE 19971

Jeffrey D. Prol. Esq.
Lowenstein Sandler , PC
65 Livingston Avenue
Roseland, NJ 07068

Gary Schildhorn, Esq.
Adelman Lavine Gold & Levin
Four Penn Center, Suite 900
Philadelphia, PA  19103-2808

Jeffrey W. Levitan, Esq.
Proskauer, Rose, Goetz & Mendolsohn
1585 Broadway
New York, NY  10036-8299

Frank J. Vecchione, Esq.
Gibbons, Del Deo, Dolan,
   Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ  07102-5497

Robert E. Zimet, Esq.
Skadden Arps Slate Meagher & Flom
Four Times Square
New York, NY  10036

Richard S. Toder, Esq.
Morgan Lewis & Bockius
101 Park Avenue
New York, NY  10178

Susan Power Johnston, Esq.
Covington & Burling
1330 Avenue of the Americas
New York, NY  10019

161837.1