IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            )
In re                                                       )
                                                            )
MARVEL ENTERTAINMENT GROUP, INC. et al., )  Civil Action No. 97-638 (KAJ)
                                                            )
        Debtors.                                            )
                                                            )
------------------------------------------------------------x

## REPORT OF THE MAFCO LITIGATION TRUSTEES

Ronald Cantor, Ivan Snyder and James A. Scarpone, as Trustees (the "Trustees") of the MAFCO Litigation Trust (the "Trust"), by and through their counsel Ashby & Geddes and Friedman Kaplan Seiler & Adelman LLP, for their report pursuant to section 13.01 of the MAFCO Litigation Trust Agreement, for the period of April 1, 2006 through September 30, 2006, state as follows:

### Financial Report of Condition of Trust & Results of Operations

1.      As of September 30, 2006, the Trust had $23,537.30 in cash on hand.

### Status of the MAFCO Litigation Claims

2.      On May 17, 2006, the plaintiffs served a rebuttal expert report upon the defendants.

3.      On June 1, 2006, the parties filed motions in limine; on June 22, 2006, the parties filed answering papers; and on June 30, 2006, they filed reply papers.

4.      On August 4, 2006, the parties filed a Proposed Pre-Trial Order.

5. On August 17, 2006, the Court entered a First Amended Scheduling Order, setting the Final Pretrial Conference for November 30, 2006 and the trial commencement date for January 2, 2007.

6. On August 23, 2006, the Court ordered that pretrial briefs be filed by December 15, 2006.

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

Lawrence C. Ashby (I.D. 468)
Philip Trainer, Jr. (I.D. 2788)
Tiffany Geyer Lydon (I.D. 3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

-and-

FRIEDMAN KAPLAN SEILER &
   ADELMAN LLP
Edward A. Friedman
Andrew W. Goldwater
Daniel B. Rapport
Emily A. Stubbs
Jonathan Gottfried
1633 Broadway
New York, New York 10019
(212) 833-1100

*Attorneys for Ronald Cantor, Ivan Snyder, and James A. Scarpone, Trustees of the MAFCO Litigation Trust*

Dated: November 13, 2006

175096.1

## CERTIFICATE OF SERVICE

I, Tiffany Geyer Lydon, hereby certify that on the 13th day of November, 2006, I caused a true and correct copy of the foregoing to be served upon the persons or entities indicated below in the manner indicated.

/s/ Tiffany Geyer Lydon
Tiffany Geyer Lydon (I.D. #3950)

## BY FIRST CLASS MAIL:

William A. Hazeltine, Esq.
Potter Anderson & Corroon, LLP
1313 North Market Street
Wilmington, DE 19801

Norman L. Pernick, Esq.
Saul Ewing LLP
222 Delaware Avenue, #1200
Wilmington, DE 19801

Neal J. Levitsky, Esq.
Fox Rothschild LLP
919 Market Street, Suite 1300
Wilmington, DE 19801

Michael B. Joseph, Esq.
Ferry Joseph & Pearce PA
824 Market Street, Suite 904
Wilmington. DE 19801

Joanne B. Wills, Esq.
Klehr Harrison Harvey Branzburg & Ellers
Suite 1000, Mellon Center
919 Market Street
Wilmington, DE 19801

Mark D. Collins, Esq.
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Collin J. Seitz, Jr., Esq.
Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz
1007 Orange Street
Wilmington, DE 19801

Susan Power Johnston, Esq.
Covington & Burling
1330 Avenue of the Americas
New York, NY 10019

| | |
|---|---|
| Eric D. Schwartz, Esq.<br>Morris Nichols Arsht & Tunnell<br>1201 Market Street<br>Wilmington, DE 19801 | Teresa K.D. Currier, Esq.<br>Adam Landis, Esq.<br>Klett Rooney Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 |
| United States Trustee<br>844 King Street, Suite 2313<br>Lockbox 35<br>Wilmington, DE 19801 | Anthony Clark, Esq.<br>Skadden Arps Meagher & Flom<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 |
| Harvey Miller, Esq.<br>Weil, Gotshal & Manges<br>767 Fifth Avenue<br>New York, NY 10153 | David Fleischer, Esq.<br>Lawrence Mittman, Esq.<br>Paul Hastings Janofsky &Walker LLP<br>75 East 55th Street<br>New York, NY 10022 |
| Steven M. Schultz, Esq.<br>Kleinberg Kaplan Wolff & Cohen<br>551 Fifth Avenue, 18th Floor<br>New York, NY 10176 | Frank J. Vecchione, Esq.<br>Gibbons, Del Deo, Dolan,<br>  Griffinger & Vecchione<br>One Riverfront Plaza<br>Newark, NJ 07102-5497 |
| James E. Spiotto, Esq.<br>Chapman & Cutler<br>111 West Monroe Street<br>Chicago, IL 60603 | Tonny Ho, Esq.<br>Francis Menton, Esq.<br>Willkie Farr & Gallagher<br>787 Seventh Avenue<br>New York, NY 10019-6099 |
| Thomas E. Lauria, Esq.<br>White & Case<br>200 S. Biscayne Boulevard<br>Suite 4900<br>Miami, FL 33131 | David Bryan, Esq.<br>Wachtell Lipton Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019 |
| Richard S. Toder, Esq.<br>Morgan Lewis & Bockius<br>101 Park Avenue<br>New York, NY 10178 | Stephen W. Spence, Esq.<br>Phillips Goldman & Spence, P.A.<br>1509 Highway One<br>Dewey Beach, DE 19971 |
| David W. Dykhouse, Esq.<br>Patterson, Belknap, Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036 | Jeffrey D. Prol. Esq.<br>Lowenstein Sandler , PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 |

Gary Schildhorn, Esq.
Adelman Lavine Gold & Levin
Four Penn Center, Suite 900
Philadelphia, PA 19103-2808

Jeffrey W. Levitan, Esq.
Proskauer, Rose, Goetz & Mendolsohn
1585 Broadway
New York, NY 10036-8299

Robert E. Zimet, Esq.
Skadden Arps Slate Meagher & Flom
Four Times Square
New York, NY 10036

161837.1

3