IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               )
In re                                                          )
                                                               )
MARVEL ENTERTAINMENT GROUP, INC. et al.,  ) Civil Action No. 97-638-***
                                                               )
                    Debtors.                                   )
                                                               )
---------------------------------------------------------------x

## REPORT OF THE MAFCO LITIGATION TRUSTEES

Ronald Cantor, Ivan Snyder and James A. Scarpone, as Trustees (the "Trustees") of the MAFCO Litigation Trust (the "Trust"), by and through their counsel Ashby & Geddes and Friedman Kaplan Seiler & Adelman LLP, for their report pursuant to section 13.01 of the MAFCO Litigation Trust Agreement for the year ended December 31, 2006, state as follows:

**Financial Report of Condition of Trust & Results of Operations**

1.  The Trust's receipts and disbursements for the year ended December 31, 2006 are as follows:

    | | |
    |---|---|
    | RECEIPTS: | |
    | Interest | $337.19 |
    | TOTAL RECEIPTS: | $337.19 |
    | | |
    | DISBURSEMENTS | |
    | Accounting | $966.00 |
    | TOTAL DISBURSEMENTS: | $966.00 |

2.  As of December 31, 2006, the Trust had $22,687.72 in cash on hand.

**Report on Changes in the MAFCO Litigation Trustees**

3. There were no changes in the MAFCO Litigation Trustees.

        ASHBY & GEDDES

        */s/ Tiffany Geyer Lydon*

        _____

        Lawrence C. Ashby (I.D. #468)
        Philip Trainer, Jr. (I.D. #2788)
        Tiffany Geyer Lydon (I.D. #3950)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, Delaware 19899
        (302) 654-1888

        -and-

        FRIEDMAN KAPLAN SEILER &
          ADELMAN LLP
        Edward A. Friedman
        Andrew W. Goldwater
        Daniel B. Rapport
        Emily A. Stubbs
        Jonathan Gottfried
        1633 Broadway
        New York, New York 10019
        (212) 833-1100

        *Attorneys for Ronald Cantor, Ivan Snyder, and James A. Scarpone, Trustees of the MAFCO Litigation Trust*

Dated: March 22, 2007
179122.1

## CERTIFICATE OF SERVICE

I, Tiffany Geyer Lydon, hereby certify that on the 22nd day of March, 2007, I caused a true and correct copy of the foregoing to be served upon the persons or entities indicated below in the manner indicated.

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon

## BY FIRST CLASS MAIL:

| | |
|---|---|
| William A. Hazeltine, Esq.<br>Potter Anderson & Corroon, LLP<br>1313 North Market Street<br>Wilmington, DE 19801 | Norman L. Pernick, Esq.<br>Saul Ewing LLP<br>222 Delaware Avenue, #1200<br>Wilmington, DE 19801 |
| Neal J. Levitsky, Esq.<br>Fox Rothschild LLP<br>919 Market Street, Suite 1300<br>Wilmington, DE 19801 | Michael B. Joseph, Esq.<br>Ferry Joseph & Pearce PA<br>824 Market Street, Suite 904<br>Wilmington. DE 19801 |
| Joanne B. Wills, Esq.<br>Klehr Harrison Harvey Branzburg & Ellers<br>Suite 1000, Mellon Center<br>919 Market Street<br>Wilmington, DE 19801 | Mark D. Collins, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 |
| Collin J. Seitz, Jr., Esq.<br>Jeffrey C. Wisler, Esq.<br>Connolly Bove Lodge & Hutz<br>1007 Orange Street<br>Wilmington, DE 19801 | Susan Power Johnston, Esq.<br>Covington & Burling<br>1330 Avenue of the Americas<br>New York, NY 10019 |

Eric D. Schwartz, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE 19801

United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801

Harvey Miller, Esq.
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

Steven M. Schultz, Esq.
Kleinberg Kaplan Wolff & Cohen
551 Fifth Avenue, 18th Floor
New York, NY 10176

James E. Spiotto, Esq.
Chapman & Cutler
111 West Monroe Street
Chicago, IL 60603

Thomas E. Lauria, Esq.
White & Case
200 S. Biscayne Boulevard
Suite 4900
Miami, FL 33131

Richard S. Toder, Esq.
Morgan Lewis & Bockius
101 Park Avenue
New York, NY 10178

David W. Dykhouse, Esq.
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Adam Landis, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Anthony Clark, Esq.
Skadden Arps Meagher & Flom
One Rodney Square
920 North King Street
Wilmington, DE 19801

David Fleischer, Esq.
Lawrence Mittman, Esq.
Paul Hastings Janofsky &Walker LLP
75 East 55th Street
New York, NY 10022

Frank J. Vecchione, Esq.
Gibbons, Del Deo, Dolan,
   Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ 07102-5497

Tonny Ho, Esq.
Francis Menton, Esq.
Willkie Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-6099

David Bryan, Esq.
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York, NY 10019

Stephen W. Spence, Esq.
Phillips Goldman & Spence, P.A.
1509 Highway One
Dewey Beach, DE 19971

Jeffrey D. Prol. Esq.
Lowenstein Sandler , PC
65 Livingston Avenue
Roseland, NJ 07068

2

Gary Schildhorn, Esq.
Adelman Lavine Gold & Levin
Four Penn Center, Suite 900
Philadelphia, PA  19103-2808

Jeffrey W. Levitan, Esq.
Proskauer, Rose, Goetz & Mendolsohn
1585 Broadway
New York, NY  10036-8299

Robert E. Zimet, Esq.
Skadden Arps Slate Meagher & Flom
Four Times Square
New York, NY  10036

169379.1