IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               )
In re                                                          )
                                                               )
MARVEL ENTERTAINMENT GROUP, INC. et al.,   Civil Action No. 97-638-SLR
                                                               )
                    Debtors.                                   )
                                                               )
                                                               )
                                                               )
                                                               )
---------------------------------------------------------------x

## REPORT OF THE MAFCO LITIGATION TRUSTEES

Ronald Cantor, Ivan Snyder and James A. Scarpone, as Trustees (the "Trustees") of the MAFCO Litigation Trust (the "Trust"), by and through their counsel Ashby & Geddes and Friedman Kaplan Seiler & Adelman LLP, for their report pursuant to section 13.01 of the MAFCO Litigation Trust Agreement, for the period of October 1, 2006 through March 31, 2007, state as follows:

**Financial Report of Condition of Trust & Results of Operations**

1. As of March 30, 2007, the Trust had $22,789.74 in cash on hand.

**Status of the MAFCO Litigation Claims**

2. On November 30, 2006, the Court ordered that plaintiffs' motion to exclude expert testimony was granted as to Professor Lawrence A. Hamermesh but denied in all other respects. The Court also ordered that defendants' motion to exclude expert testimony was granted as to Justice Joseph T. Walsh, Retired, and was granted to

453162.1

the extent that Bevis Longstreth will not be permitted to opine regarding breaches of fiduciary duty, but was denied in all other respects.

       3.    On December 14, 2006, the trial, which was scheduled to commence on January 2, 2007, was postponed due to Judge Kent A. Jordan's confirmation to the United States Court of Appeals for the Third Circuit.

       4.    On December 15, 2006, the parties filed pretrial memoranda.

       5.    On April 2, 2007, the case was assigned to Judge Sue L. Robinson.

Dated: Wilmington, Delaware
       May 14, 2007

ASHBY & GEDDES

/s/ Lawrence C. Ashby

Lawrence C. Ashby (I.D. 468)
Philip Trainer, Jr. (I.D. 2788)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899
(302) 654-1888

-and-

FRIEDMAN KAPLAN SEILER &
  ADELMAN LLP
Edward A. Friedman
Andrew W. Goldwater
Daniel B. Rapport
Emily A. Stubbs
Jonathan Gottfried
1633 Broadway
New York, New York 10019
(212) 833-1100

*Attorneys for Ronald Cantor, Ivan Snyder, and James A. Scarpone, Trustees of the MAFCO Litigation Trust*

2

453162.1