IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
                                                                 )
In re                                                            )
                                                                 )
MARVEL ENTERTAINMENT GROUP, INC. et al.,                         )  Civil Action No. 97-638-SLR
                                                                 )
              Debtors.                                           )
                                                                 )
-----------------------------------------------------------------x
```

### REPORT OF THE MAFCO
### LITIGATION TRUSTEES

Ronald Cantor, Ivan Snyder and James A. Scarpone, as Trustees (the "Trustees") of the MAFCO Litigation Trust (the "Trust"), by and through their counsel Ashby & Geddes and Friedman Kaplan Seiler & Adelman LLP, for their report pursuant to section 13.01 of the MAFCO Litigation Trust Agreement, for the period of April 1, 2007 through September 30, 2007, state as follows:

**Financial Report of Condition of Trust & Results of Operations**

1. As of September 28, 2007, the Trust had $22,344.01 in cash on hand.

**Status of the MAFCO Litigation Claims**

2. On April 2, 2007, the case was assigned to Judge Sue L. Robinson.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

Lawrence C. Ashby (I.D. 468)
Philip Trainer, Jr. (I.D. 2788)
Tiffany Geyer Lydon (I.D. 3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

-and-

FRIEDMAN KAPLAN SEILER &
  ADELMAN LLP
Edward A. Friedman
Andrew W. Goldwater
Daniel B. Rapport
Emily A. Stubbs
Jonathan Gottfried
1633 Broadway
New York, New York  10019
(212) 833-1100

*Attorneys for Ronald Cantor, Ivan Snyder, and James A. Scarpone, Trustees of the MAFCO Litigation Trust*

Dated: November 6, 2007

185538.1