IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re                                    :
                                         :
MARVEL ENTERTAINMENT GROUP, INC. et al., : Civil Action No. 97-638 (MSR)
                                         :
Debtors.                                 :
------------------------------------------------------------x

## REPORT OF THE MAFCO LITIGATION TRUSTEES

Ronald Cantor, Ivan Snyder and James A. Scarpone, as Trustees (the "Trustees") of the MAFCO Litigation Trust (the "Trust"), by and through their counsel Ashby & Geddes and Friedman Kaplan Seiler & Adelman LLP, for their report pursuant to section 13.01 of the MAFCO Litigation Trust Agreement (the "Trust Agreement") for the year ended December 31, 2007, state as follows:

**Financial Report of Condition of Trust & Results of Operations**

1.  The Trust's receipts and disbursements for the year ended December 31, 2007 are as follows:

    | | |
    |---|---|
    | RECEIPTS: | |
    | Interest | $376.59 |
    | TOTAL RECEIPTS: | $376.59 |
    | | |
    | DISBURSEMENTS | |
    | Accounting | $650.00 |
    | Bank Charges | $8.42 |
    | TOTAL DISBURSEMENTS: | $658.42 |

2.  As of December 31, 2007, the Trust had $22,405.89 in cash on hand.

{00203384;v1}

**Report on Changes in the MAFCO Litigation Trustees**

3. There were no changes in the MAFCO Litigation Trustees.

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

---

Lawrence C. Ashby (I.D. 468)
Philip Trainer, Jr. (I.D. 2788)
Tiffany Geyer Lydon (I.D. 3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

-and-

FRIEDMAN KAPLAN SEILER &
  ADELMAN LLP
Edward A. Friedman
Andrew W. Goldwater
Daniel B. Rapport
Emily A. Stubbs
Jonathan Gottfried
1633 Broadway
New York, New York 10019
(212) 833-1100

*Attorneys for Ronald Cantor, Ivan Snyder, and James A. Scarpone, Trustees of the MAFCO Litigation Trust*

Dated: March 20, 2008