IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                )
In re                                           )
                                                )
MARVEL ENTERTAINMENT GROUP, INC. et al.,        )  Civil Action No. 97-638-SLR
                                                )
                        Debtors.                )
                                                )
---------------------------------------------------------------x

## REPORT OF THE MAFCO LITIGATION TRUSTEES

Ronald Cantor, Ivan Snyder and James A. Scarpone, as Trustees (the "Trustees") of the MAFCO Litigation Trust (the "Trust"), by and through their counsel Ashby & Geddes and Friedman Kaplan Seiler & Adelman LLP, for their report pursuant to section 13.01 of the MAFCO Litigation Trust Agreement, for the period of October 1, 2007 through March 31, 2008, state as follows:

**Financial Report of Condition of Trust & Results of Operations**

1. As of March 31, 2008, the Trust had $22,432.18 in cash on hand.

**Status of the MAFCO Litigation Claims**

2. Trial in this matter is scheduled to commence on August 18, 2008.

3. A mediation conference is scheduled to be held on June 2, 2008 before Magistrate Judge Mary Pat Thynge.

4. On March 19, 2008, defendants filed a motion for partial summary judgment, which plaintiffs have opposed, and which is now fully briefed and *sub judice*.

{00215889;v1}

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____
Lawrence C. Ashby (I.D. 468)
Philip Trainer, Jr. (I.D. 2788)
Tiffany Geyer Lydon (I.D. 3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

-and-

FRIEDMAN KAPLAN SEILER &
   ADELMAN LLP
Edward A. Friedman
Andrew W. Goldwater
Daniel B. Rapport
Emily A. Stubbs
Jonathan Gottfried
1633 Broadway
New York, New York  10019
(212) 833-1100

*Attorneys for Ronald Cantor, Ivan Snyder, and James A. Scarpone, Trustees of the MAFCO Litigation Trust*

Dated: May 9, 2008