

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

97-638
(SLR)

RECEIVED

JUL 30 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PO scanned

David A. White
Welch & Associates
824 Market Street, Suite 805
P.O. Box 25307
Wilmington, DE 19899

FORWARD X-197 NFE 1,507X    DC 07/25/08
:WELCH AND ASSOCIATES PA    RTN TO SEND
2616 TON BRIDGE DR
WILMINGTON DE 19810-1217

RETURN TO SENDER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | ) |
|---|---|
| In re | ) |
| | ) |
| MARVEL ENTERTAINMENT GROUP, INC. et al., | ) C.A. No. 97-638-SLR |
| | ) |
| Debtors. | ) |
| | ) |

### ORDER APPROVING THE EXTENSION
### OF THE TERM OF THE MAFCO LITIGATION TRUST

Upon consideration of the motion by Ronald Cantor, Ivan Snyder and

James A. Scarpone, the Trustees of MAFCO Litigation Trust, for an order approving the

extension of the term of the MAFCO Litigation Trust (the "Trust"), and the papers filed

in opposition; and it appearing that good cause exists for extending the term of the Trust;

and due and proper notice of the motion having been given;

IT IS HEREBY ORDERED THAT:

1.    The motion is granted.

2.    The Court approves the extension of the term of the Trust for a

period of three (3) years from October 1, 2008, through and including October 3, 2011.

Dated: ____July 16____, 2008        _____
                                    Hon. Sue L. Robinson
                                    United States District Judge